1  KELLIE M. MURPHY, ESQ. (SBN 189500)
   KRISTEN M. CAPRINO, ESQ. (SBN 306815)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  Point West Commerce Centre
   1545 River Park Drive, Suite 204
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247
   E-mails:  kellie@jsl-law.com / kristen@jsl-law.com
6
   Attorneys for DEFENDANT:
7  LYCÉE FRANCAIS DE SAN FRANCISCO

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11 FANNY SABY,                          )   **CASE NO.**
                                        )
12         Plaintiff,                   )   **DECLARATION OF CLORIS HENRY IN**
                                        )   **SUPPORT OF NOTICE OF REMOVAL**
13                                      )   **OF ACTION UNDER 28 U.S.C. § 1441(a)**
                                        )   **(FEDERAL QUESTION)**
14 v.                                   )
                                        )
15 LYCÉE FRANCAIS DE SAN FRANCISCO,     )
   a corporation, and DOES 1 to 20, inclusive, )
16                                      )
                                        )
17         Defendants.                  )   State Ct. Cmplt. Filed:  August 12, 2022
                                        )   Removed:                 September 21, 2022
18                                      )
                                        )   Trial Date:              None Set
19 _____)

20     I, CLORIS HENRY, declare as follows:

21         1.      I am currently employed by Lycée Francais de San Francisco ("Lycée") in the

22 position of Chief Operating Officer. I have held this position since August 2019. I submit this

23 declaration in support of the Notice of Removal of Action Under 28 U.S.C. § 1441(a) (Federal

24 Question) filed by LFSF. I have personal knowledge of the facts set forth herein, and, if called to

25 testify in court, could and would testify competently to those facts.

26         2.      As Chief Operating Officer for LFSF, I am the person most knowledgeable

27 regarding personnel issues, including employment agreements and the collective bargaining

28 agreements between Lycée and the Association of the Personnel of the Lycée Francais ("the

*Left margin vertical text:* JOHNSON SCHACHTER & LEWIS / A PROFESSIONAL LAW CORPORATION / 1545 RIVER PARK DRIVE, SUITE 204 / SACRAMENTO, CA 95815 / TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Association"). In my current position, I am and have been regularly called upon to review the terms of employment agreements and the collective bargaining agreement between Lycée and the Association, and am familiar with their contents and the contents of the specific documents referenced herein and attached hereto.

3.      A true and correct copy of the employment agreements between Lycée and Plaintiff Fanny Saby for the 2016-2017 and 2017-2018 school years ("the Employment Agreement") is attached hereto as **Exhibit A**. These are the employment agreements in effect during the time period September 1, 2016 to August 31, 2018.

4.      The collective bargaining agreements between Lycée and the Association in effect during the time period September 1, 2016 to August 31, 2018 are "Charte Du Personnel, Personnel Charter, Effective September 1, 2015" and "Charte Du Personnel, Personnel Charter, Effective September 1, 2017." True and correct copies of those documents are attached hereto as **Exhibit B**.

5.       Pursuant to the documents referenced above, Plaintiff was subject to successive collective bargaining agreements between Lycée and the Association, including those attached hereto as Exhibit B, during her employment with Lycée.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2022 at San Francisco, California.

_____
Cloris Henry

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DECLARATION OF CLORIS HENRY IN SUPPORT OF NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) [FEDERAL QUESTION]

EXHIBIT A

 **LYCÉE FRANÇAIS DE SAN FRANCISCO**

**Fanny SABY**

Dear Fanny:

I am writing to confirm the basics terms of your employment agreement with the Lycée during the 2017-2018 school year:

**POSITION**: Primary Teacher. Level 1, step 21

**COMMENCEMENT**:  Employment commences on September 1, 2016

**DURATION**:  3 years.

**SERVICE OBLIGATIONS**: 27 hours

**YEARLY SALARY**:

| | |
|---|---|
| Base | $ 76,821.00 |
| Seniority Advancement | $  1,500.00 |
| **Total** | **$ 78,321.00** |

**EMPLOYEE CHARTER**:  The provisions of the Employee Charter between the Personnel Association and the Lycée are incorporated by reference in this Agreement and made a part of it. The Employee warrants that s/he has read the Employee Charter, understands and promises to abide by all its provisions. The Employee, if not a U.S. citizen, must comply with all U.S. immigration laws.

Executed in San Francisco, California on February 17, 2017

**LYCEE**
Lycée Français de San Francisco,
a nonprofit corporation

By: _____
*Philippe Legendre, Head of School*
On behalf of Erick Moreau, President of the
Board of Directors

**EMPLOYEE SIGNATURE**

_____

Date _3_/_10_/_17_

 LYCÉE FRANÇAIS
DE SAN FRANCISCO

**Fanny SABY**

Dear Fanny:

I am writing to confirm the basics terms of your employment agreement with the Lycée during the 2016-2017 school year:

**POSITION**: Primary Teacher. Level 1, step 20

**COMMENCEMENT**:  Employment commences on September 1, 2016

**DURATION**:  3 years.

**SERVICE OBLIGATIONS**: 27 hours

**YEARLY SALARY**:

| | |
|---|---|
| Base | $ 73,049.00 |
| Seniority Advancement | $  1,500.00 |
| **Total** | **$ 74,549.00** |

**EMPLOYEE CHARTER**:  The provisions of the Employee Charter between the Personnel Association and the Lycée are incorporated by reference in this Agreement and made a part of it. The Employee warrants that s/he has read the Employee Charter, understands and promises to abide by all its provisions. The Employee, if not a U.S. citizen, must comply with all U.S. immigration laws.

Executed in San Francisco, California on February 11th, 2016

**LYCEE**
Lycée Français de San Francisco,
a nonprofit corporation

By: _____
*Philippe Legendre, Head of School*
On behalf of Erick Moreau, President of the
Board of Directors

**EMPLOYEE SIGNATURE**

_____

Date  03/03/2016

ASHBURY CAMPUS
755 Ashbury Street
San Francisco, CA 94117

ORTEGA CAMPUS
1201 Ortega Street
San Francisco, CA 94122

SAUSALITO CAMPUS
610 Coloma Street, Suite 300
Sausalito, CA 94965

T | 415-661-5232
W | lelycee.org



# CHARTE DU PERSONNEL

## Personnel Charter

Effective September 1st, 2015

# TABLE OF CONTENTS

**Article 1.   Preamble and Association Rights**................................................................7

**PREAMBLE**...............................................................................................................................7

1.1.   Definition of Terms ......................................................................................................7

1.2.   History and Context ......................................................................................................7

1.3.   Structure .......................................................................................................................7

1.4.   Status of Association ....................................................................................................7

**ASSOCIATION RIGHTS**................................................................................................................7

1.5.   Authorized Representatives ..........................................................................................7

1.6.   Posting of Notices ........................................................................................................7

1.7.   Space to Hold Meetings ...............................................................................................8

1.8.   Use of School Mail .......................................................................................................8

1.9.   Right to Representation .................................................................................................8

1.10.   Personnel Files ............................................................................................................8

1.11.   Right to Information .....................................................................................................8

1.12.   Notice of Departure .....................................................................................................8

1.13.   Deduction for Association Dues ..................................................................................8

1.14.   Process to Implement Agency Fees .............................................................................8

1.15.   Report of Fees Collected .............................................................................................9

1.16.   Indemnification Clause ................................................................................................9

**Article 2:   Special Circumstances Relative to the Lycée** ..........................................9

**Article 3:   Categories and Classifications** .............................................................10

3.1.   Employment Categories .............................................................................................10

3.1.1.   Regularly Employed Personnel ...............................................................................10

3.1.2.   Expatriates ...............................................................................................................10

3.1.3.   Managers and Supervisors ......................................................................................10

3.1.4.   On call and contingent staff ....................................................................................10

3.1.5.   Individual Job Descriptions ....................................................................................10

3.2.   Functional Classifications. .........................................................................................10

FUNCTIONAL CLASSIFICATION TABLE: TEACHERS AND AIDS..................................................11

FUNCTIONAL CLASSIFICATION TABLE: ADMINISTRATION AND SUPPORT STAFF ....................12

**Article 4.   Employment Hours** ...............................................................................12

4.1.   Full Time Status .........................................................................................................12

HOURS WORKED FOR FULL TIME STATUS BY FUNCTIONAL CLASSIFICATION: ........................13

4.1.1.   Teaching vs. Other Duties ......................................................................................13

4.1.2.   Meetings included ...................................................................................................13

4.1.3.   Other duties .............................................................................................................14

4.1.4.   Pre and Post School Year Schedule ........................................................................14

4.1.5.   Option for Additional Hours ...................................................................................14

4.2.   Substitution of teaching hours for non-teaching activities........................................14

4.2.1.   Homeroom Teachers ...............................................................................................14

4.2.2.   Department Heads ...................................................................................................14

4.2.3.   Coaching and Extra Curricular Sports ....................................................................14

4.3.    Additional service terms and obligations ................................................................ 14
4.3.1.    Enforcement of internal regulations ..................................................................... 14
4.3.2.    Supplemental services ........................................................................................... 14
4.3.2.1.    Extra Meetings ................................................................................................... 14
4.3.2.2.    Time with Parents .............................................................................................. 15
4.3.2.3.    Class Preparation ............................................................................................... 15
4.3.3.    Additional services ................................................................................................. 15
4.3.3.1.    Teachers working in primary and secondary ................................................. 15
4.3.3.2.    Compensation for parent-teacher meetings .................................................. 15
4.3.3.3.    Compensation for Primary English Teachers.................................................. 15
4.3.3.4.    Compensation for French Standardized testing.............................................. 15
4.3.3.5.    Compensation for Substitute Teaching .......................................................... 15
4.3.4.    Services on multiple campuses ............................................................................. 15
4.3.5.    Extracurricular activities ........................................................................................ 15
4.3.6.    Professional Development ..................................................................................... 16
4.3.6.1.    General Professional Development Policy and Practice ................................. 16
4.3.6.2.    Provision for training for ECE units .................................................................. 16
**Article 5.    Compensation** ............................................................................................. 16
5.1.    Salary Scale ................................................................................................................ 16
5.1.1.    Salary Placement by Functional Classification ..................................................... 16
5.1.2.    Deviation from Scale .............................................................................................. 16
5.1.3.    Seniority Steps ........................................................................................................ 17
5.1.4.    Placement on Salary Scale ..................................................................................... 17
5.1.5.    Seniority Advancement .......................................................................................... 17
5.2.    Compensation for special assignments ................................................................... 17
5.3.    Frequency and terms of compensation ................................................................... 17
5.4.    Overtime .................................................................................................................... 17
OVERTIME RATES ..................................................................................................................... 18
5.4.1.    Calculation of Hourly Rate..................................................................................... 18
5.4.2.    Employees working under more than one functional classification.................... 18
5.5.    Compensation of Part-Time Employees .................................................................. 18
5.5.1.    Basis of Calculation for Gross Annual Salary......................................................... 18
5.5.2.    Employees working under more than one functional classification.................... 18
5.5.3.    Excess Time ............................................................................................................. 18
5.5.3.1.    Conversion of Excess Time to Regular Duty ................................................... 18
**Article 6.    Leaves of Absence and Vacation** .............................................................. 19
6.1.    Holidays...................................................................................................................... 19
HOLIDAYS:................................................................................................................................. 19
6.2.    Vacation...................................................................................................................... 19
6.2.1.    Teaching Personnel ................................................................................................ 19
6.2.2.    Student Services, Secondary School Monitors and Support Staff........................ 19
6.2.3.    Non-teaching Personnel ........................................................................................ 19
6.2.3.1.    Administrative Personnel hired Before July 1, 2015 ...................................... 19

6.2.3.2.    IT and Maintenance Personnel and Administrative Personnel hired after July 1, 2015    20

WEEKS OF ANNUAL VACATION ACCRUAL..................................................................................... 20

6.2.3.3.    Vacation Bank....................................................................................................... 20

6.3.    Medical Leaves of Absence (Sick Days) ........................................................................ 20

6.3.1.    Accrual of Paid Sick Days ...................................................................................... 20

ACCRUAL OF PAID SICK DAYS ........................................................................................................ 20

6.3.2.    Medical Leave Days ............................................................................................... 21

6.3.3.    Medical Leave for Part-Time Employees .............................................................. 21

6.3.4.    Employee's Salary during Medical Leave .............................................................. 21

6.3.5.    Medical Certificates .............................................................................................. 21

6.4.    Bereavement Leave ...................................................................................................... 21

6.5.    Pregnancy Related Disability and Family Leaves .......................................................... 21

6.5.1.    Complementary Allowances for employees less than 2 years............................... 21

6.5.2.    Complementary Allowances for employees more than 2 years ............................ 21

6.5.3.    Partner Absence for Birth/Adoption .................................................................... 22

6.6.    Exceptional absences .................................................................................................... 22

6.7.    Unpaid leave of absence................................................................................................ 22

6.8.    Catastrophic Leave ........................................................................................................ 22

**Article 7.    Employee Benefits** ........................................................................................ 22

7.1.    Insurance ....................................................................................................................... 22

7.1.1.    Medical .................................................................................................................. 22

7.1.2.    Dental .................................................................................................................... 22

7.1.3.    Continuity of insurance......................................................................................... 22

7.1.4.    Nonparticipation in medical or dental plans of the Lycée ..................................... 22

7.2.    Retirement plan ............................................................................................................ 23

7.2.1.    Retirement Contributions for Local Employees ................................................... 23

7.2.2.    Retirement Contributions for Detaches ............................................................... 23

7.3.    Long-Term sick leaves ................................................................................................... 23

7.4.    Tuition Remission .......................................................................................................... 23

7.4.1.    Entrance Fee and Tuition ...................................................................................... 23

7.4.2.    Study Hall and Daycare ......................................................................................... 23

7.4.3.    Camps .................................................................................................................... 23

7.4.4.    Tuition Remission Study ........................................................................................ 23

7.4.5.    Exclusions .............................................................................................................. 23

**Article 8.    Employment Contracts** ................................................................................ 24

8.1.    General Provisions ......................................................................................................... 24

8.1.1.    Hiring Process ........................................................................................................ 24

8.1.2.    Legal Costs ............................................................................................................. 24

8.1.3.    Communicating Open Positions ............................................................................ 24

8.1.4.    Class Closures ........................................................................................................ 24

8.1.5.    Change of Campus ................................................................................................. 24

8.1.6.    Notice of Resignation ............................................................................................ 24

8.2.    Contract Offer ................................................................................................ 24
CONTRACT OFFER TIMETABLE ............................................................................................ 25
8.2.1.   Reduction of Hours for Part-Time Employees .................................................. 25
8.3.    Contract Form and Content ................................................................................ 25
8.3.1.   Reference to Charter ......................................................................................... 25
8.3.2.   Form of Contract ............................................................................................... 25
8.3.3.   Signature ............................................................................................................ 25
8.4.    Contract Types and Restrictions ........................................................................ 25
8.4.1.   Probationary period .......................................................................................... 26
CONTRACT DURATION TABLE ............................................................................................ 26
8.5.    Contract Renewal. Non-renewal or Modification .............................................. 26
8.5.1.   Letter or Intent to Continue Relationship ........................................................ 27
8.5.2.   Modifications to Current Contracts ................................................................... 27
8.5.2.1.   Change of Hours for Part-Time Employees ..................................................... 27
8.5.2.2.   Change of Class ................................................................................................ 27
8.5.2.3.   Change of Job Description ............................................................................... 27
8.5.2.4.   Class Closures .................................................................................................. 27
8.5.2.5.   Priority given on reinstatement ...................................................................... 27
8.5.3.   Automatic Renewal ........................................................................................... 27
8.5.4.   Notice of Non-Renewal ..................................................................................... 27
8.5.5.   Modifications ..................................................................................................... 28
8.6.    Performance Evaluations ................................................................................... 28
8.6.1.   First Year of Employment .................................................................................. 28
8.6.1.1.   Second Year ..................................................................................................... 28
8.6.2.   Support of Employees to Avoid Termination .................................................... 28
8.6.3.   Rate of Formal Evaluations ............................................................................... 28
8.6.4.   Inspections for French Civil Servants ................................................................ 28
8.6.5.   Volunteer Peer Observation .............................................................................. 29
8.7.    Employee Files. ................................................................................................... 29
8.7.1.   Notification to Association of Adverse Actions ................................................. 29
8.7.2.   Right to Review File ........................................................................................... 29
8.7.3.   Right to Annotate Documents ........................................................................... 29
8.8.    Termination or Suspension of Contract ............................................................. 29
8.8.1.   Right to Terminate ............................................................................................. 29
8.8.2.   Written Notice of Termination to Employee ..................................................... 29
8.9.    Arbitration in Case of Disputes. ......................................................................... 29
8.9.1.   Recourse to Head of School ............................................................................... 29
8.9.2.   Recourse to President ........................................................................................ 30
**Article 9.    Annual Discussions** ................................................................................. 30
9.1.    Delegates for Personnel ..................................................................................... 30
9.2.    Schedule for Negotiations .................................................................................. 30
9.3.    Meetings with Head of School ............................................................................ 30
9.4.    Designation of Representative when School is not is Session ............................ 30

**Article 10.   Date Of Application And Future Revisions** ............................................. 30

10.1.   Term ....................................................................................................................... 30

10.2.   Revisions .............................................................................................................. 30

**APPENDIX 1: 2015-2016 FACULTY SALARY SCALE** .................................................... **31**

**APPENDIX 1: 2015-2016 ADMINISTRATIVE SALARY SCALE** ................................... **32**

**APPENDIX 2: SCHEDULE OF RATES FOR EXTRA ACTIVITIES** .................................. **33**

**APPENDIX 3: SCHEDULE OF RATES FOR OVERNIGHT FIELD TRIP BONUSES** ................. **34**

**Article 1.**       <u>**Preamble and Association Rights**</u>

## PREAMBLE

### 1.1.  Definition of Terms

This Personnel Charter ("Charter") is made between The Lycée Français de San Francisco ("Lycée"), a California non-profit corporation and the Association of the Personnel of the Lycée Français (Association La Perouse or "Association"), AFT, AFL-CIO. The Charter is the Collective Bargaining Agreement between the Lycée and the Association. Lycée recognizes the Association as the exclusive bargaining agent for all employees unless specifically excluded by the Charter.

### 1.2.  History and Context

Founded by parents in 1967, the Lycée Français de San Francisco is a K-12 academic institution accredited by the State of California and the French Ministry of Education. The Lycée is a Lycée "conventionné" by the "Agence pour l'Enseignement Français à l'Etranger" (AEFE), an agency of the French Ministry of Foreign Affairs and the French Ministry of National Education. It belongs to a network of more than 400 Lycée Français worldwide.

### 1.3.  Structure

The Lycée acts through a Board of Directors composed of elected parents, two elected members of the personnel, and other community leaders. Such elections should take place in June.  Through an agreement with the AEFE, called the "convention," the Lycée's head of school, school directors and certain teachers are provided by and employed by the AEFE. The Head of School has the authority to make management and pedagogical decisions that are consistent with local law, the Lycée's "Convention" with the Agence pour l'Enseignement Français à l'Etranger, other Board mandates and the Lycée's mission.

### 1.4.  Status of Association

The Association of Personnel is a registered California unincorporated nonprofit association, established in 1990, to represent exclusively the faculty and staff on matters relating to wages, benefits and other terms and conditions of employment.

## ASSOCIATION RIGHTS

### 1.5.  Authorized Representatives

Authorized representatives of the Association shall be permitted to transact official Association business concerning the enforcement and implementation of the collective bargaining agreement on the Lycée's property at reasonable times during regular working days with prior permission of the Head of School or his/her designee(s).  Association representatives granted permission will not in any way disrupt the delivery of educational programs and will not interfere with unit members' production of work, or meet with them during working time (not including scheduled breaks). Such permission shall not be unreasonably withheld. Permission shall not be given to enter any classroom while class is in session.

### 1.6.  Posting of Notices

Use of a bulletin board for posting association notices and materials shall be provided at each campus by the Lycée.  The Association shall not post, nor authorize its members or those it represents to

post, any material anywhere within the work areas of Lycée's operations except as herein provided. If School buildings are materially altered or if work areas are relocated in a manner that prevents or impedes access to such bulletin board, the parties shall consult on a new location.

1.7.   Space to Hold Meetings

Subject to prior arrangement, Lycée will provide an assigned room for Association meetings provided that such meetings shall not disrupt or impede educational programs or scheduled school events.

1.8.   Use of School Mail

The Association shall have the right to use the School mailboxes, and other communications mediums subject to the communication policy of the School, for the dissemination of Association communications.

1.9.   Right to Representation

Each teacher shall have the right to request an Association representative at any meeting with an administrator that has the purpose of disciplinary action and/or termination of the employee to the extent provided by law.

1.10.   Personnel Files

The Lycée shall maintain only one official personnel file for each employee. It shall include all letters of reference, performance evaluations, memoranda and correspondence, which pertain to the employee's professional service and/or employment record. With the exception of letters of reference, written statements from teacher training institutions, colleges and universities and previous employers, employees may review, in the presence of the Director of Human Resources, or his/her designee(s), all materials in their own personnel files during normal business hours with advance notice.

1.11.   Right to Information

The Employer will provide to the Association, upon request and by mutual agreement, such data as is necessary and reasonable to permit the Association to fulfill its responsibility as the collective bargaining agent of the employees covered by the Agreement.

1.12.   Notice of Departure

When a member of the bargaining unit, for any reason, ceases to be employed by the Lycée, the Lycée shall notify the Association in writing.

1.13.   Deduction for Association Dues

The Lycée agrees to deduct from paychecks issued to bargaining unit members who are members of the Association, the sums required by the Association as dues, fees and/or assessments and shall promptly forward to the Association electronically the monies collected. The Association shall provide the account to which the funds are to be sent. Association membership shall be verified by the employee's signature on a dues check-off form authorizing said deduction(s), which the Association shall obtain and provide a copy thereof to the Lycée. Such authorization shall remain in effect from year to year unless revoked in writing.

1.14.   Process to Implement Agency Fees

The union may petition for a secret ballot election with regard to the imposition of service fees.  An election petition must bear the signatures of at least 30 percent of represented employees.  Once a

qualifying petition has been filed a neutral party, such as FMCS, shall be invited to administer the election.  In the case that the union wins the election, the Charter shall be reopened to add any necessary implementing provisions.

1.15. Report of Fees Collected

In addition, for each pay period these deductions are made, the Lycée shall provide the association with an alphabetical listing of each employee from whose paycheck monies have been deducted and the amount of each deduction.

1.16. Indemnification Clause

The Association shall indemnify, defend, and hold the Lycée harmless from any and all claims, demands, suits, or other forms of liability arising from its compliance with this Section or the deduction of dues, fees and/or assessments as requested by the Association.

**Article 2:**          **Special Circumstances Relative to the Lycée**

The hybrid nature of the Lycée as a California independent school that is "conventionné" to offer the French national educational curriculum makes the tasks of the teachers and of the administrative personnel different from those they might perform in a purely French or an American establishment.

As an independent school, the Lycée depends on at least maintaining its student enrollment. The best guarantee of continued employment, therefore, is thus the quality of the teaching provided and the various services proposed.

Beyond the service obligations of the teachers and the administrative personnel, emphasis is placed on their availability, their vitality, their rapport with the school community, and the essential role that they play in the cultural life of the Lycée. In this respect, participation in the life of the Lycée, including the preparation and supervision of various events and parties organized throughout the year is an important dimension of every employee's role within the establishment.

Finally, the personnel of the Lycée represent the institution and are considered and perceived as representatives of France in every respect, not only in terms of their savoir-faire in educational matters, but also their culture.  Their acts and words are thus capable of taking on significance and of having a resonance that go beyond purely individual expression. This particular circumstance must motivate the French personnel to demonstrate openness towards and interest in the civilization and culture of the United States, their host country.  It also entails a willingness on their part to participate in an intercultural dialogue in which differences are respected.  Obviously, the same holds true for the American and other nationalities personnel *vis-a-vis* France. It is therefore essential that a close and thoughtful coordination exist between the teachings provided in French and in English.

**Article 3:**        <u>**Categories and Classifications**</u>

3.1.  Employment Categories

For the purposes of this Charter, employees of the Lycée are categorized as follows:

3.1.1. Regularly Employed Personnel

Regularly Employed Personnel (hereinafter called "Employees" or "Personnel") are all employees, other than Expatriates, Managers and supervisors, and on-call contingent staff excluded below, with current employment contracts from the Lycée. Personnel may be Teaching, Non-teaching or both, full time or part time. The Charter shall apply solely to this category and does not apply to the categories below.

3.1.2. Expatriates

Persons employed by the French Ministry of Foreign Affairs. The Charter does not apply to this category.

3.1.3. Managers and Supervisors

All management and supervisory positions, whether employed currently by the school or to be employed in the future, consistent with National Labor Relations Act (NLRA) Section 2 (II) and other relevant provisions of NLRA, some of which may be vacant or filled by Expatriate employees, and to which additional managerial positions may be added in the future as the need may arise. The Charter does not apply to this category.

3.1.4. On call and contingent staff

All day-to-day substitutes (teaching under 28 continuous days) or other on-call and contingent staff, including those teaching extra-curricular activities. This does not include Chartered employees who have extra duty assignments. The Charter does not apply to this category.

3.1.5. Individual Job Descriptions

Each employee shall be provided with an individual job description that specifies their job title, major duties, and responsibilities. Such descriptions will also be provided to the Association upon request. Each employee shall also be provided with documentation, which describe their normal work hours and work location.

3.2.  Functional Classifications.

Teaching and Non-teaching categories of Personnel are subdivided into the following Functional Classifications. When an Employee performs functions across several classifications, his or her compensation and benefits shall be calculated pro rata to the actual hours worked in each classification.

FUNCTIONAL CLASSIFICATION TABLE: TEACHERS AND AIDS

| Category Classification | Faculty Scale | Description |
|---|---|---|
| Teaching Personnel Secondary - S1 | 1 | All teachers who are "agreges" |
| Secondary - S2 | 1 or 2 | 1 Secondary school teachers  - other than those in classifications S1, AT, ES, or PE - who are "certifies," have a "doctorat 3ème cycle" degree, a Ph.D. DES, DEA, M.A., M.S. |
| | | 2 "adjoints d'enseignement,"permanent CA credentials in subject taught P.E.G.C., "License," B.A. or B.S. |
| Primary- P | 1 or 2 | 1   Elementary school teachers who have a CAP, vocational training certificate, CAPE, or other qualification recognized by the Head of School |
| | | 2 except those in classifications AT, ES or PE, BA + credentials |
| Assistant Teacher - AT | 4 | Preschool Assistant teachers who have an early Childhood Education Diploma (12 units) and Kindergarten Assistant Teachers |
| Elementary English and Specialized Teachers ES | 1 or 2 | English and specialized teachers at the primary level or those teaching less than 50% of their hours at the secondary level, and art and music at the primary level. |
| | | 1: PhD or Master |
| | | 2: BA + credentials |
| Physical Education, Secondary Art and Music Teachers - PE | 1 or 2 | Physical education teachers at either the primary or secondary level and art and music teachers at the secondary level. |
| | | 1: PhD or Master |
| | | 2: BA + credentials |

FUNCTIONAL CLASSIFICATION TABLE: ADMINISTRATION AND SUPPORT STAFF

| Category | Admin Scale | Description |
|---|---|---|
| Non-teaching personnel, Admin | 1, 2 or 3 | Including Administrative Assistants, Associates*, Receptionists with Assigned responsibilities, Bookkeeping, Registrar, Marketing/Communication assistants |
| | | *Associate: at the moment of the promotion, the employee will be placed in the scale one at the step, at a minimum, that represents the equivalent at his salary prior to the promotion + 1 step. |
| Student Services | 1, 2 or 3 | Including school counseling services, librarian, Dean, and Assistant Deans |
| Support Staff | 4 | Secondary school monitors, Playground supervisors, drop-off/pick-up, daycare, lunchroom monitors |
| IT | 3 | Information technology assistance |
| Maintenance | 4 | Repair, cleaning and other maintenance of school properties |
| Clerical | 4 or hourly | Non-skilled administrative support staff: filing clerks, light administrative duties |
| | | 4: if permanent position |
| | | Hourly: if temporary assignment |

**Article 4.        Employment Hours**

4.1.  Full Time Status

Each employee must be under contract to work the number of weekly hours listed below to be considered a full time employee. When an employee performs functions in more than one classification, the hours that he or she works in each classification shall be divided by the hours for full time status in that same classification and summed to determine the employee's overall status as a full time or part time employee.

HOURS WORKED FOR FULL TIME STATUS BY FUNCTIONAL CLASSIFICATION:

| Classification | Scheduled hrs/wk | Notes |
|---|---|---|
| Secondary S1 | 15 | (4.1.1) (4.1.4) |
| Secondary S2 | 18 | (4.1.1) (4.1.4) |
| Primary P | 27 | (4.1.2) (4.1.4) |
| Assistant Teachers - AT | 32.5 | (4.1.4) |
| English and Specialized Teachers - ES | 21 | (4.1.3) (4.1.4) |
| Physical Education, Secondary Art & Music Teachers - PE | 20 | (4.1.3) (4.1.4) |
| Administration | 35 | (4.1.5) |
| Student Services | 31 | |
| Secondary School monitors | 31 | |
| Support Staff | 32.5 | (4.1.5) |
| IT | 40 | |
| Maintenance | 40 | |

4.1.1. Teaching vs. Other Duties

Hours are for classroom teaching time except as permitted in Section 4.2 below. Every work-hour not consisting of actual teaching (e.g. monitoring, library, administrative work, etc...) shall be counted as equivalent to one half-hour of teaching.

4.1.2. Meetings included

Hours are for classroom teaching time and one hour of meeting for teacher councils and cycles meeting, except as permitted in Section 4.2 below. Hours may also include a maximum of one hour per week of collaborative work including, but not limited to, drop-off and pick-up and monitoring recess.

### 4.1.3. Other duties

Hours are for classroom teaching time except as permitted in Section 4.2 below and maximum of one hour per week of monitoring duties based on school's needs. For secondary school teachers, every work-hour not consisting of actual teaching (e.g. monitoring, library, administrative work, etc...) shall be counted as equivalent to one half-hour of teaching.

### 4.1.4. Pre and Post School Year Schedule

In addition to teaching hours, all Teaching personnel shall work an additional three workdays preceding the first day of class and one workday after the last day of class. All teachers in charge of exams shall remain on duty after the last day of school until the end of the exam period.

### 4.1.5. Option for Additional Hours

Support and administrative staff may elect, with the approval of management, to work additional hours beyond their scheduled hours described in the table above.  Such additional hours shall be voluntary only.  Compensation for such additional hours will be paid at a straight time rate up to forty (40) hours.

### 4.2.   Substitution of teaching hours for non-teaching activities.

Teaching hours listed above may be used for certain non-teaching activities as listed below:

### 4.2.1. Homeroom Teachers

Homeroom teachers are credited 1/2 hours per week.

### 4.2.2. Department Heads

Department heads when the department consists of at least 3 full-time equivalent teachers are credited one hour per week per group of 3 full time equivalent teachers.

### 4.2.3. Coaching and Extra Curricular Sports

Full time physical education teachers are credited three hours per week for coaching and organizing mandatory extracurricular sports.

### 4.3.   Additional service terms and obligations

### 4.3.1. Enforcement of internal regulations

All employees shall participate in enforcing the Lycée's internal rules and regulations. In general, employees shall monitor the behavior of the students while on school property and in the immediate vicinity and immediately report to the administration any observed deficiencies in the cleanliness and maintenance of the classrooms and buildings.

### 4.3.2. Supplemental services

All Teaching Personnel are expected to provide the following services without additional compensation.

#### 4.3.2.1. Extra Meetings

Whenever their presence is appropriate, prepare for and participate in class councils, orientation sessions, disciplinary hearings and pedagogical meetings as organized from time to time.

#### 4.3.2.2. Time with Parents

Participate in regularly organized parent-teacher meetings, arrange to see parents who request appointments, and do everything reasonably required to maintain a positive relationship with students and their families.

#### 4.3.2.3. Class Preparation

Prepare lessons and class work, grade homework and tests, and all work normally associated with course preparation as is consistent with the Employee's job description and schedule that is determined by the requirements of their job classification.

### 4.3.3. Additional services

Teachers will be compensated for Excess Time for the following services with prior authorization from the Head of school as stipulated in 5.3.1:

#### 4.3.3.1. Teachers working in primary and secondary

Teachers working at both the primary and secondary schools shall be compensated for one extra hour per month for attending additional meetings.

#### 4.3.3.2. Compensation for parent-teacher meetings

Primary Teachers shall be compensated with one workday per year for parent-teacher meetings.

#### 4.3.3.3. Compensation for Primary English Teachers

Primary school level English teachers shall be compensated with one half work day per year per class taught for parent / teacher meetings.

#### 4.3.3.4. Compensation for French Standardized testing

Primary School Teachers shall be compensated with one work day to correct and prepare the National French evaluation tests.

#### 4.3.3.5. Compensation for Substitute Teaching

Employees providing substitute teaching services shall be compensated at the hourly rate in the attached Schedule of Rates for Extra Activities or his/her hourly rate as calculated in 5.4.1, whichever hourly rate is greater. Substitute teaching services in excess of the full time weekly hours for the Employee's functional classification shall be compensated as overtime.

### 4.3.4. Services on multiple campuses

Teachers working on the Marin campus and either San Francisco campus during the same day are entitled to additional compensation equal to ½ hour per week. Mileage for travel between any campus using the Employee's own car and required for the Employee to perform his or her job function shall be reimbursed as the actual miles driven X the current reimbursement rate published by the US General Services Administration (GSA). Bridge tolls shall be reimbursed at their actual cost paid

### 4.3.5. Extracurricular activities

All Teaching Personnel are expected to participate in extracurricular activities and study halls according to his or her skills and tastes. Teachers providing services for extracurricular

activities, day camps, study halls, and paid class presentations ("interventions") shall be paid at the rates in a Schedule of Rates for Extra Activities provided by the Lycée in lieu of their normal salary. Hours worked on such extracurricular activities shall not be included in any calculation of whether an employee is full time, entitled to Overtime, additional benefits, vacation, or leave.

### 4.3.6. Professional Development

The Lycée Français de San Francisco considers the quality of its workforce as the single most important factor in the success of its students' education. As a learning organization, it fosters employee development and encourages trust and collaboration between all staff members.

#### 4.3.6.1. General Professional Development Policy and Practice

Throughout employment, the school makes available to all employees on an equitable basis whatever resources it can provide for professional growth and development, both inside and outside the school. Each year, training courses, conferences or other opportunities to learn are offered based on criteria established by the Head of School that are respectful of the Employee's professional knowledge and decision-making capability. A list indicating the training sessions and the employees concerned is communicated to the personnel. The objective of this process is to ensure that employees stay abreast of current developments in their field and are given the tools to uphold the highest standards consistent with their professional goals and responsibilities.

#### 4.3.6.2. Provision for training for ECE units

When Preschool Assistant Teachers do not have the necessary training in early education to perform their assigned duties, the Lycée will take responsibility for the costs of courses leading to this American diploma.

## Article 5.        Compensation

### 5.1.  Salary Scale

The full time gross salaries or pro rata part time gross salaries of all Personnel shall be based on the schedule of gross annual salaries in the attached Salary Scale and subject to the conditions below.  Effective September 1, 2015 all salaries shall be increased by 5%.

#### 5.1.1. Salary Placement by Functional Classification

Each employee's salary in the Salary Scale shall be determined by his or her functional classification (or the weighted average of several classifications), experience working in the same functional classification in equivalent academic establishment (for Teaching Personnel), and full time equivalent years working at the Lycée as determined at time of hiring by the Lycée.

#### 5.1.2. Deviation from Scale

An employee's salary may deviate from the Salary Scale only with the mutual agreement of the Lycée and the Association.

### 5.1.3. Seniority Steps

Each category of the Salary Scale includes 33 seniority steps ("echelons") that increase an Employee's salary based on years of employment. Teaching Personnel arriving from France or another Lycée start in the same seniority step as they held in their previous position as of the date of employment with the Lycée. All Employees advance one seniority step for each school year they are employed.

### 5.1.4. Placement on Salary Scale

Non-teaching Employees in their first year of employment are placed on the first seniority step or the step best corresponding to any previous similar employment. Teaching personnel in their first year of employment are placed on a step corresponding to each year of full-time employment in a similar teaching position at an equivalent academic institution. Previous part-time employment equal or greater than ½ time based on the Employee's classification shall be credited as one year of seniority for each two years of previous part-time employment. For employees currently employed and changing category, the salary is determined according to the institutional seniority if the individual does not have any experience outside the Lycée. 50% of institutional length of service will be taken to define the salary in the new category.

### 5.1.5. Seniority Advancement

Employees who have completed 24 months of employment at a minimum of *1/2* of the full time hours for their classification shall receive a Seniority Advancement (previously called, "Seniority Bonus") in addition to their salary indicated in the Salary Scale beginning their 25th month of employment and each year thereafter as indicated in the Salary Scale. Eligible part time Employees shall be paid this Seniority Advancement pro rata to their hours worked as defined herein. Employees who were employed by the Lycée before February 28, 2001 shall continue to receive the same annual Seniority Advancement that was added to their salary on February 28, 2009. If the individual has two contracts with tenure in the position, he/she receives the seniority bonus identifying the institutional seniority. If an individual has two different contracts that cumulatively represents at least 50% of full time, hours are summed to determine the employee's overall hours status and the seniority bonus is granted to recognize the institutional seniority.

## 5.2.   Compensation for special assignments

Employees who provide services or special contributions to the school listed in the attached schedule of services shall be paid a bonus for the successful completion of the service equal to the amount indicated in the attached schedule of services.

## 5.3.   Frequency and terms of compensation

Salaries, less government mandated or employee authorized withholdings, are paid in twelfths on the last workday of each month by check or direct deposit. A virtual or physical pay-slip shall accompany each monthly check or direct deposit.

## 5.4.   Overtime

Employees shall be paid overtime wages as described herein. Employees who voluntarily elect to work additional hours as provided in section 4.1.5 shall not be eligible for overtime as described herein until they have worked forty (40) hours in a week.  Weekly hours worked with the approval of the Head of school or the Employee's supervisor in excess of the full time weekly

hours for the Employee's functional classification shall be considered Overtime and paid on an hourly basis *prorata* to the employee's gross annual salary, calculated as follows:

OVERTIME RATES

| Classification | Short term contract | Long term contract | Temporary |
|---|---|---|---|
| Teaching Personnel | 1.25 x Hourly Rate defined below | | |
| Non-teaching Personnel | 1.5 x Hourly Rate defined below | | As noted in contract |

5.4.1. Calculation of Hourly Rate

Hourly Rate = Gross annual salary for a full time position in the employee's classification and step in the salary scale, divided by 52, divided by the number of full-time working hours for that category from Section 4.1

5.4.2. Employees working under more than one functional classification

If an Employee works in more than one functional classification, his or her gross annual salary shall be the current salary and the number of full-time working hours shall be the weighted average of all classifications that correspond to his or her salary.

5.5.   Compensation of Part-Time Employees

Employees working less than full time are paid based on their contracted hours + Excess Time actually worked as follows:

5.5.1. Basis of Calculation for Gross Annual Salary

Gross annual salary for a full time position in the employee's classification and step in the salary scale divided by the number of full-time working hours for that category from Section 4.1 x the weekly hours actually worked.

5.5.2. Employees working under more than one functional classification

If an employee works in more than one functional classification, his or her gross annual salary shall be the current salary and the number of full-time working hours shall be the weighted average of all classifications that correspond to his or her salary.

5.5.3. Excess Time

Weekly hours worked with the approval of the Head of school or the Employee's supervisor in excess of the Employee's contracted hours but less than the full time weekly hours for the Employee's functional classification shall be considered Excess Time.

5.5.3.1. Conversion of Excess Time to Regular Duty

If an employee earns Excess Time for the same task for more than one month, his/her employment contract will be changed to integrate the Excess Time into his/her employment contract. The contract can be changed again to remove the Excess Time hours when they are no longer required. Excess Time is paid on an hourly basis pro rata

to the employee's gross annual salary, calculated as follows: Excess Time hourly rate = Gross annual salary for a full time position in the employee's classification and step in the salary scale, divided by 52, divided by the number of full-time working hours for that category from Section 4.1.

## Article 6.        Leaves of Absence and Vacation

6.1.  Holidays.

All Employees receive the following 10 days as paid time off for holidays:

HOLIDAYS:

| |
|---|
| Labor Day |
| Thanksgiving |
| Christmas Day |
| New Years Day |
| Martin Luther King Birthday |
| Presidents Day |
| Memorial Day |
| Independence Day |
| Two floating holidays to be determined by the school council (CE) |

6.2.  Vacation

Employees that are recruited during the course of the year or leave during the course of the year are entitled to vacation on a prorated basis with respect to the duration of their service.

6.2.1. Teaching Personnel

Teaching Personnel are entitled to vacation during all school breaks as established each year by the Lycée school calendar, taking into account the holidays in Section 6.1, and in compliance with local laws.

6.2.2. Student Services, Secondary School Monitors and Support Staff

Student Services, Secondary School Monitors and Support Staff remain on duty during the summer until 5 working days after the end of class until the end of the exam period and return 5 working days before the first day of class. They are entitled to take other school breaks

6.2.3. Non-teaching Personnel

The calendar for vacation-time duties is established every year by the Head of school, and shall be based on the needs of each department as determined by the Director of the department taking into account the requests of the personnel. However, one week of vacation shall be taken during the school closure that occurs during the winter break.

6.2.3.1. Administrative Personnel hired Before July 1, 2015

Administrative Personnel hired before July 1, 2015, who have held a position for less than 2 years are entitled to seven (7) weeks of vacation taken pursuant to 6.2.3 above.

Administrative Personnel hired before July 1, 2015 who have held a position for 2 years or longer are entitled to nine (9) weeks of vacation taken pursuant to 6.2.3 above

6.2.3.2. IT and Maintenance Personnel and Administrative Personnel hired after July 1, 2015

IT and maintenance personnel and administrative personnel hired following ratification of this agreement, shall be entitled to vacation as provided below taken pursuant to 6.2.3 above

WEEKS OF ANNUAL VACATION ACCRUAL

| Upon completion of years of service | Weeks of Annual Vacation Accrual |
|---|---|
| 0-2 | 3 |
| 3-5 | 4 |
| 6-9 | 5 |
| 10-14 | 6 |
| 15-19 | 7 |
| 20-24 | 8 |
| 25+ | 9 |

6.2.3.3. Vacation Bank

IT, maintenance and administrative beginning July 1, 2015 may accumulate up to six (6) weeks of vacation. There shall be no vacation bank for administrative staff hired before July 1, 2015.

6.3.   Medical Leaves of Absence (Sick Days)

The Lycée complies with the Family and Medical Leave Act of 1993 and the California Family Rights Act.

6.3.1. Accrual of Paid Sick Days

Employees accrue paid days that can be used for medical leave monthly according to their status and contract as follows.

ACCRUAL OF PAID SICK DAYS

| Classification: Employees with less than two years of service. | Employees with more than two years of service. | Temporary |
|---|---|---|
| 0.75 days per month capped at maximum 18 days (see exceptions below) | 1 days per month capped at maximum 30 days (see exceptions below) | As noted in contract |

### 6.3.2. Medical Leave Days

Three medical leave days per year can be used for personal, non-medical, purposes. Personal days shall be approved in advance by the HOS or designee whenever possible.

### 6.3.3. Medical Leave for Part-Time Employees

Part time Employees accrue medical leave according to the schedule above X the contracted weekly hours divided by number of full-time working hours for the Employee's classification.

### 6.3.4. Employee's Salary during Medical Leave

If a portion of the Employee's salary during a Medical leave is paid by the disability insurance provider, the Lycée will only pay the Employee his or her salary less any compensation paid, up to the maximum amount of the medical leave available to the Employee pursuant to this section 6.3, after the Employee has received his/her disability payments.

### 6.3.5. Medical Certificates

A medical certificate is required for leaves exceeding two working days. A second medical opinion can be requested by the Lycée for leaves exceeding two working days.

## 6.4.  Bereavement Leave

In the event of the death of a member of his/her immediate family member (as defined by FMLA) employees shall receive days off without loss of pay.  Employees may receive up to three (3) days for domestic occurrences, and five (5) days for all other occurrences.  Up to two (2) additional days of personal leave may used in addition to bereavement leave.

## 6.5.  Pregnancy Related Disability and Family Leaves

The Lycée complies with the California Family and Medical Leave Act of 1993 and the California Family Rights Act. In case of a Pregnancy Related disability, after having filled out the necessary forms, the Employee receives the allowances paid by the Disability insurance, the paid Family Leave insurance and other allowances. The Pregnancy Related disability corresponds to the date recorded on the medical certificate, without taking into account vacation time and holidays. Adoption leave corresponds to the date recorded on the adoption certificate, without taking into account vacation time and holidays and only applies to one employee parent.  In instances where both parents are employees, and one qualifies for CFMLA as described above, the other employee parent may request up to six (6) weeks of unpaid leave for the purpose of caring for and bonding with the newborn or adopted child.

### 6.5.1. Complementary Allowances for employees less than 2 years

The Lycée pays Employees who have been employed for less than 2 years the complementary allowances maintaining their total salary for 6 weeks.

### 6.5.2. Complementary Allowances for employees more than 2 years

The Lycée pays Employees who have been employed for 2 years or longer complementary allowances maintaining their total salary for 12 weeks.

6.5.3. Partner Absence for Birth/Adoption

The partner is entitled to a leave of absence of 3 workdays to be counted from the date of birth or adoption of his/her child.

6.6.   Exceptional absences.

An unpaid leave of absence can be granted on an exceptional basis by the Head of school (family reasons, examinations...). A written request must be submitted to him or her at the earliest possible time.

6.7.   Unpaid leave of absence.

After seven years of full-time or full-time equivalent service, the Head of school can grant personnel who so desire a one year unpaid leave of absence for complementary training, professional development, or for personal reasons. In this case, the position is not vacated; it is filled by a substitute. According to the interest that the Lycée has in the project, following a recommendation from the Head of School and subject to approval by the Board of Directors, and provided that the interested party actually resumes his or her services in the school, an allowance may be paid to the interested party as compensation for his or her professional development.

6.8.   Catastrophic Leave

Employees may transfer unused medical leave to another employee who has been medically certified to be suffering from a catastrophic illness (e.g. AIDS, cancer).  Employees may not donate more than one half of their existing medical leave balances.


**Article 7.        Employee Benefits**

The Personnel are entitled to employee benefits. For Personnel working part time, the employee benefits are calculated on a prorated basis with respect to the hours actually worked compared to the maximum working hours of that employee's category. Employee benefits consist of the following:

7.1.  Insurance

7.1.1. Medical

Participation in the medical plan(s) proposed by the Lycée if working more than the minimum hours required by the plan provider.

7.1.2. Dental

Participation in the dental plan(s) proposed by the Lycée if working more than the minimum hours required by the plan provider.

7.1.3. Continuity of insurance

After permanent departure from the Lycée, and in conformity with the COBRA law, the employee can continue to belong to the medical plan and the dental plan of the school for a period of 18 months or as stipulated by COBRA, provided that he or she pays the Lycée the cost of this coverage.

7.1.4. Nonparticipation in medical or dental plans of the Lycée

If the Employee does not wish to be covered by a medical or dental plan proposed by the Lycée, or does not meet the minimum hours required for coverage by the plan provider, he or she is entitled, upon presentation of an invoice from his/her insurance carrier, to a reimbursement of his/her

premium up to the maximum premium amount charged by the Lycée's insurance provider for the same Employee, calculated on a prorated basis of the hours actually worked.

### 7.2.   Retirement plan

#### 7.2.1. Retirement Contributions for Local Employees

The Employee can, if he or she so desires, participate in the retirement plan offered by the school. The Lycée's contribution matches the employee's up to 5% after 2 years of seniority, 7% after 5 years, and 10% after 10 years.

#### 7.2.2. Retirement Contributions for Detaches

After two years of employment, employees "Detaches" who contribute voluntarily to the French Civil Servant pension, may opt to participate or not in the retirement plan offered by the Lycée. If they do not opt to participate in the Lycée's plan and still continue contributing to the French Civil Servant plan, the Lycée will pay the Employee an amount equivalent to 75% of the Employee's contribution to the French Civil Servant pension. Detaches will have a one-time choice to avail themselves of this benefit in the year following the end of their 24 months in the Lycée.

### 7.3.   Long-Term sick leaves

Affiliation with a "Long term Disability" plan proposed by the Lycée if working more than the minimum hours required by the plan provider

### 7.4.   Tuition Remission

#### 7.4.1. Entrance Fee and Tuition

If they so desire, the Personnel are entitled to a remission of the entrance fee and tuition costs for their child (children). The remission of the tuition costs and of the entrance fee is 80%, and 100% if he or *she has held a* position for 10 years.

#### 7.4.2. Study Hall and Daycare

Study hall and daycare, if offered by the Lycée, is offered at no cost to the Employee's children who are currently enrolled at the Lycée while the Employee is on duty.

#### 7.4.3. Camps

If a vacation camp is organized by the Lycée, the Personnel in service can register their children in it at no cost.

#### 7.4.4. Tuition Remission Study

Lycée and the Association will jointly construct an anonymous survey to obtain any data necessary to assess financial need.  Completion of the anonymous survey will be required of all employees currently receiving tuition remission.

#### 7.4.5. Exclusions

Households with both an expat and a charter employee will not qualify for tuition remission.  Households where one non-employee spouse is eligible for tuition for children through their employment will not be eligible for LFSF tuition remission.  The impact of this requirement is not intended to cause an increase in the tuition cost required of staff currently receiving tuition remission above what they would receive if they were not eligible for other tuition sources.

**Article 8.**          **Employment Contracts**

8.1.  General Provisions

8.1.1. Hiring Process

The Employees of the Lycée are recruited by the Head of school after a review of the candidate's record and an interview, if possible.

8.1.2. Legal Costs

All fees and legal costs for temporary work visas as required to work at the Lycée are paid directly by the Lycée. Employees who resign before expiration of their visa paid by the Lycée must reimburse the Lycée for the cost of obtaining the visa on a prorated basis according to the time remaining until the visa's expiration.

8.1.3. Communicating Open Positions

The Lycée will bring all created, vacant, or potentially vacant, positions to the attention of the Personnel by means of posters and faculty and staff emails, together with a description of the nature of the position, the work conditions and the status.

8.1.4. Class Closures

If a class is closed, the teacher of that class will be given priority over other candidates for any similar available position offered by the Lycée, and for which he/she is qualified.

8.1.5. Change of Campus

In case of a request for a change of campus, priority will be given based on seniority in the school, not by campus, provided that the position is vacant.

8.1.6. Notice of Resignation

Employees are required to give at least six weeks advance notice of resignation.

8.2.  Contract Offer

Before any employment contract can be offered, the Lycée must receive completed and approved documents as may be required by law. Subject to having received these documents, every person scheduled to work for the Lycée in excess of three hours per week (except as stipulated in 8.2.1 below) while school is in session shall receive an employment contract offer from the Lycée following time periods:

CONTRACT OFFER TIMETABLE

| Classification and status | Receipt of initial contract |
|---|---|
| All classifications of Teaching Personnel | Offer letter on the first day of employment; contract within 15 working days |
| All classifications of substitute Teaching Personnel | Following 28 calendar days of continuous employment |
| All classifications of Non-teaching Personnel regularly scheduled to work more than three hours per week. | Following 90 calendar days of continuous employment |

### 8.2.1. Reduction of Hours for Part-Time Employees

Part time employees with existing contracts, whose scheduled work hours are subsequently reduced to fewer than 3 hours per week, shall remain under contract.

### 8.3.  Contract Form and Content

All contracts shall commence on September 1 or other date if Employee is hired during the school year and end on August 31 unless otherwise stipulated in a Temporary contract.  The contract start date for Employees in their first year of employment that do not have the status of "detaché direct" shall be the first day that they report to work.

### 8.3.1. Reference to Charter

Contracts shall reference the Charter as their governing document for conditions of employment as well as state the employee's title(s), job description(s), compensation, status as full or part time, and hours scheduled to work per week if part time.

### 8.3.2. Form of Contract

The form of the contracts may be modified from time to time by the Lycée as may become necessary by changes in relevant law, regulations or school practices. No changes to the form of the contracts shall be made without the consent of the Association, which shall not unreasonably withhold its agreement to changes required to comply with law or intended to add clarity.

### 8.3.3. Signature

The Board President on behalf of the Lycée signs contracts. However, the Head of school pursuant to this Charter administers them.

### 8.4.  Contract Types and Restrictions

Employment contracts shall have durations of one year or three year, or less if the Employee is hired during the school year, or a fixed duration, and it automatically renews or terminates according to the following restrictions.

8.4.1. Probationary period

For all non-teaching positions, the first 90-days of the first year contract will be considered probationary

CONTRACT DURATION TABLE

| Contract Duration | Use Restrictions | Renewal/termination |
|---|---|---|
| Temporary (a specific term is defined in the contract) | Only for Employees providing services with a known, or reasonably assumed to be limited, duration, including, but not limited to, substitute teachers, teachers offering short duration programs in SAT prep, English or French as Second Languages, U.S. Math, art, music and foreign languages, clerical staff for data entry projects and support staff. Multiple temporary contracts cannot be given to the same employee as a means to avoid a Short or Long term contract. | Expires automatically upon date stipulated in the contract. There is no obligation for renewal or conversion to another type of contract. |
| First Year Short Term contract (12 months or fewer if Employee hired during the school year) | Offered during the Employee's first year of employment or following expiration of a Temporary contract. | Renews automatically after first year unless notice of a non-renewal is given pursuant to Session 8.5. Cannot be renewed more than one time: |
| Second Year Short Term contract | Offered during the Employee's second year of employment following expiration of First Year Short term contract and indefinitely for IT and Maintenance Employees. | Renews automatically for **Admin,** IT and Maintenance Employees and leads to an offer of a three year contract for all other Employees unless notice of non-renewal is given pursuant to Section 8.5. |
| Long Term (36 months or fewer if Employee hired during the school year) | Must be offered to all Employees except IT/Maintenance personnel beginning their third year of continuous employment and for as long as they remain continuously employed by the Lycée. | Renews automatically for periods of three years unless notice of a non-renewal is given pursuant to Section 8.5. Can be renewed indefinitely. |

8.5.   Contract Renewal. Non-renewal or Modification

Before the close of the last business day of February, the Lycée shall give to each Employee in the final year of his or her contract a notification of the Lycée's intent to renew, not re-new, or modify his or her current contract, or offer a new contract.  The Employee shall accept the contract or modification by returning a signed copy to the Head of school by March 15 (to align

with French detachment protocol) or the proposed contract shall be considered refused by the Employee and void.

### 8.5.1. Letter or Intent to Continue Relationship

Employees entering year two or three of a three-year contract term will receive a letter of intent to continue relationship before the close of the last business day of February to be returned duly signed on or before March 15.

### 8.5.2. Modifications to Current Contracts

The following modifications can be made to a current contract without changing any other condition except that which is modified.

#### 8.5.2.1. Change of Hours for Part-Time Employees

Add or subtract up to three hours to or from the weekly work-load included in the first Long Term contract of any part time Employee.

#### 8.5.2.2. Change of Class

Change the class or teaching assignment in whole or in part.

#### 8.5.2.3. Change of Job Description

Change in job description to a similar position for Non-teaching personnel.

#### 8.5.2.4. Class Closures

If a class is closed or service eliminated, class or service assignment changes will be discussed in the "*conseil des maitres*". If no other similar class or service is available, the Administration can offer a Teacher an assignment in a different job classification with his or her same salary step and the salary category associated with that proposed job. In case of a dispute between two Teachers over the new assignment, the Teacher with greater seniority will be given priority over the Teacher with less total seniority at the Lycée.

#### 8.5.2.5. Priority given on reinstatement

When the closed classes or eliminated services are reinstated by the Lycée, the reassigned employed shall be offered the first priority to return to his/her last position with the same level of compensation and seniority

### 8.5.3. Automatic Renewal

If the Lycée does not give notification of non-renewal before the last business day of February to an Employee with a First Year Short Term contract or the third year of a Long Term contract, the contract shall automatically renew for one year or three years respectively.

### 8.5.4. Notice of Non-Renewal

A notice of non-renewal of Long Term contract must be preceded by at least one warning meeting with the Head of school at which the employee shall be given written notice of the reasons, documented through evaluations in case non-renewal is due to performance problems, which may result in the non-renewal of his or her contract or the notice of non-renewal shall be invalid, and a new or renewed Long Term contract shall be offered to the Employee.

### 8.5.5. Modifications

Any contract can also be modified pursuant to 8.5.2 during its term with the mutual agreement of the Lycée and the Employee.

## 8.6. Performance Evaluations

Employees are expected to demonstrate a high level of professional competence and to conduct themselves in every respect so as to convey the best possible image of the Lycée. These factors are considered in the Employee's evaluation. They are expected to perform all of the obligations and standard of care required of their function. During the term of this agreement the parties shall form a committee to review the current evaluation process.

### 8.6.1. First Year of Employment

In the first year of employment, a debriefing meeting is held by the employee's supervisor before the end of the first trimester and followed by regular individual or group meetings as needed until the end of the first year to ensure that faculty and staff members new to the school receive orientation and support sufficient for them to work efficiently and with confidence that they are carrying out the educational mission, policies, and procedures of the school. When necessary, goals for improvement are developed mutually by the employee and supervisor.

#### 8.6.1.1. Second Year

During the second year of employment, a formal evaluation will be conducted during the first trimester second evaluation followed by regular or group meetings as needed.

### 8.6.2. Support of Employees to Avoid Termination

If the future employment of an Employee with a Long Term contract or in the second year of a Short Term contract is in question, the supervisor devotes sufficient attention and resources to ensure that the situation is resolved or that the faculty member's departure from the school is handled with attention to due process and the dignity of the individual.

### 8.6.3. Rate of Formal Evaluations

All Teaching personnel with Long term contracts shall receive at least one formal evaluation every two years by the Head of school and/or the Employee's supervisor, and all Non-teaching personnel should receive one formal evaluation every year by his or her supervisor. The evaluation criteria may vary according to the Employee's function, and is to conform to the evaluation sheets agreed to by the administration and the Association, but shall be consistent with their job description. The Head of school and/or supervisor preparing the evaluation shall meet with the Employee to discuss its findings and provide a written copy to be signed by the Employee for the sole purpose of acknowledging receipt.

### 8.6.4. Inspections for French Civil Servants

Employees who are French civil servants are also subject to inspections by the French Ministry of National Education and are graded according to criteria established by the Ministry. They are required to respect the hierarchy in all of their dealings with this Ministry, i.e. the Directors, the Deputy Head of School, the Head of school, the Cultural Attaché to San Francisco, the Cultural Council for to the United States, the Agency for French Education Abroad (AEFE), and the French Ministry of National Education.

8.6.5. Volunteer Peer Observation

Employees may request to have a volunteer peer observe the evaluation meeting.

8.7.   Employee Files.

The Lycée shall maintain a file for each Employee containing all Employee evaluations and - for French civil servants - inspection reports or other evaluations prepared by the French Ministry of National Education prepared during the employee's tenure with the Lycée, as well as any other document that the Head of school deems relevant to the evaluation of the Employee

8.7.1. Notification to Association of Adverse Actions

The Lycée shall notify the Employee, with a copy of such notification sent to the Association, within 10 business days of placing any item of an adverse nature into their file, or the document that was added or removed from the file cannot be used by the Lycée as a cause for non-renewal of a Long Term contract. The Employee can sign the document for the sole purpose of verifying that it has been brought to his or her attention.

8.7.2. Right to Review File

The Employee at any mutually agreed upon time during normal business hours can review his or her entire file except those portions that may be excluded by law. Upon a 24h request, the Lycée shall provide to the Employee a photocopy of any element in the file, except those elements that may be excluded by law.

8.7.3. Right to Annotate Documents

The Employee can annotate any document on a separate paper with his or her comments and these annotations shall be maintained with the file.

8.8.   Termination or Suspension of Contract

8.8.1. Right to Terminate

Upon the recommendation of the Head of school to the President of the Board of Directors, after consultation with the elected representatives of the personnel, the Lycée can terminate or suspend a current contract for reasons of serious professional misconduct or infringement of the law.

8.8.2. Written Notice of Termination to Employee

The Head of school is to inform the employee of his or her termination or suspension by written notice, specifying the date on which it takes effect and the reasons, which motivated the decision. In the case of suspension, the notice will include measures required to re-instate the contract.

8.9.   Arbitration in Case of Disputes.

In case of a dispute regarding the meaning, interpretation or application of the provisions contained in the employment contract and in this Charter, everything will be done to bring about an expeditious and amicable resolution.

8.9.1. Recourse to Head of School

As a first step, the Head of school is in charge of resolving the dispute with the interested party, who can be accompanied by the representatives of the personnel and one other person of his/her choice, who is a member of the Lycee's personnel

8.9.2. Recourse to President

If this procedure is not successful, the President is to render a decision after having received the recommendation of an advisory committee composed of the Head of school, another member of the Board of Directors to be chosen by the President, the Employee and the representatives of the personnel.  If the dispute persists, arbitration is mandatory pursuant to the rules of the "California State Mediation and Conciliation Service," whose jurisdiction will be exclusive and whose decision will be final.

## Article 9.        Annual Discussions

9.1.  Delegates for Personnel

The Personnel shall elect three delegates responsible for representing them in the negotiation of any modification of the overall compensation for the following year. This election shall take place in September.

9.2.  Schedule for Negotiations

The negotiations are to take place according to a schedule jointly decided upon and which, to the fullest extent possible, should allow for an agreement to be reached before the Board of Directors renders  a final decision by the end of February.

9.3.  Meetings with Head of School

Regardless of these annual discussions, the representatives of the Employees and the delegates can request to meet with the Head of school during the school year to discuss any question relating to the  personnel.

9.4.  Designation of Representative when School is not is Session

In the spring of each year, each party will designate a representative to address personnel issues that may arise when school is not in session.

## Article 10.        Date 0f Application And Future Revisions

10.1. Term

This charter is applicable on September 1st, 2015 for all personnel whose contracts begin on that date, and it is applicable on the date of renewal of current contracts.

10.2. Revisions

The Charter may be revised, in the context of a bilateral agreement between the Association and the Board using the same delegate structure as section 9.1.

# APPENDIX 1: 2015-2016 FACULTY SALARY SCALE

### GRILLE DES SALAIRES 2015-2016/2015-2016 SALARY SCALE

| Echelons France | Steps | Agrégés Certifiés Prof Ecoles PHD / MA | QE-PEGC Licence Instituteurs BA/BS | Assistants Techniciens | Assist Maternel. Teacher's Assistants |
|---|---|---|---|---|---|
| | | **Grille 1** | **Grille 2** | **Grille 3** | **Grille 4** |
| 1 | 1 | $51,782 | $49,326 | $47,572 | $43,775 |
| | 2 | $53,008 | $50,369 | $48,387 | $44,462 |
| 2 | 3 | $54,235 | $51,411 | $49,202 | $45,150 |
| | 4 | $55,462 | $52,454 | $50,230 | $45,837 |
| 3 | 5 | $56,690 | $53,496 | $51,258 | $46,523 |
| | 6 | $57,917 | $54,541 | $52,178 | $47,210 |
| 4 | 7 | $59,142 | $55,585 | $53,096 | $47,896 |
| | 8 | $60,370 | $56,627 | $54,017 | $48,581 |
| 5 | 9 | $61,596 | $57,669 | $54,937 | $49,267 |
| | 10 | $62,824 | $58,713 | $55,857 | $49,816 |
| 6 | 11 | $64,052 | $59,757 | $56,779 | $50,364 |
| | 12 | $65,276 | $60,800 | $57,696 | $51,050 |
| 7 | 13 | $66,503 | $61,843 | $58,615 | $51,737 |
| | 14 | $67,731 | $62,886 | $59,535 | $52,424 |
| 8 | 15 | $68,960 | $63,930 | $60,455 | $53,111 |
| | 16 | $69,778 | $64,624 | $61,070 | $53,568 |
| | 17 | $70,597 | $65,319 | $61,683 | $54,026 |
| 9 | 18 | $71,415 | $66,014 | $62,298 | $54,482 |
| | 19 | $72,232 | $66,711 | $62,912 | $54,934 |
| | 20 | $73,049 | $67,408 | $63,525 | $55,384 |
| 10 | 21 | $73,866 | $68,104 | $64,139 | $55,835 |
| | 22 | $74,685 | $68,798 | $64,754 | $56,293 |
| | 23 | $75,503 | $69,492 | $65,367 | $56,750 |
| 11 | 24 | $76,322 | $70,186 | $65,981 | $57,209 |
| | 25 | $76,988 | $70,853 | $66,647 | $57,876 |
| | 26 | $77,654 | $71,520 | $67,312 | $58,542 |
| 12 | 27 | $78,318 | $72,186 | $67,979 | $59,207 |
| | 28 | $78,893 | $72,764 | $68,561 | $59,744 |
| | 29 | $79,468 | $73,341 | $69,145 | $60,279 |
| 13 | 30 | $80,043 | $73,919 | $69,727 | $60,815 |
| | 31 | $80,577 | $74,462 | $70,280 | $61,325 |
| | 32 | $81,110 | $75,004 | $70,831 | $61,837 |
| 14 | 33 | $81,645 | $75,546 | $71,384 | $62,347 |
| PRIME D'ANCIENNETE/SENIORITY ADVANCEMENT: $1,500 | | | | | |

# APPENDIX 1: 2015-2016 ADMINISTRATIVE SALARY SCALE

**GRILLE DES SALAIRES ADMINISTRATIVE 2015-2016**
**2015-2016 ADMINISTRATIVE SALARY SCALE**

| Echelons France | Steps | Grille 1 | Grille 2 | Grille 3 | Grille 4 |
|---|---|---|---|---|---|
| 1 | 1 | $51,782 | $49,326 | $47,572 | $43,775 |
|  | 2 | $53,008 | $50,369 | $48,387 | $44,462 |
| 2 | 3 | $54,235 | $51,411 | $49,202 | $45,150 |
|  | 4 | $55,462 | $52,454 | $50,230 | $45,837 |
| 3 | 5 | $56,690 | $53,496 | $51,258 | $46,523 |
|  | 6 | $57,917 | $54,541 | $52,178 | $47,210 |
| 4 | 7 | $59,142 | $55,585 | $53,096 | $47,896 |
|  | 8 | $60,370 | $56,627 | $54,017 | $48,581 |
| 5 | 9 | $61,596 | $57,669 | $54,937 | $49,267 |
|  | 10 | $62,824 | $58,713 | $55,857 | $49,816 |
| 6 | 11 | $64,052 | $59,757 | $56,779 | $50,364 |
|  | 12 | $65,276 | $60,800 | $57,696 | $51,050 |
| 7 | 13 | $66,503 | $61,843 | $58,615 | $51,737 |
|  | 14 | $67,731 | $62,886 | $59,535 | $52,424 |
| 8 | 15 | $68,960 | $63,930 | $60,455 | $53,111 |
|  | 16 | $69,778 | $64,624 | $61,070 | $53,568 |
|  | 17 | $70,597 | $65,319 | $61,683 | $54,026 |
| 9 | 18 | $71,415 | $66,014 | $62,298 | $54,482 |
|  | 19 | $72,232 | $66,711 | $62,912 | $54,934 |
|  | 20 | $73,049 | $67,408 | $63,525 | $55,384 |
| 10 | 21 | $73,866 | $68,104 | $64,139 | $55,835 |
|  | 22 | $74,685 | $68,798 | $64,754 | $56,293 |
|  | 23 | $75,503 | $69,492 | $65,367 | $56,750 |
| 11 | 24 | $76,322 | $70,186 | $65,981 | $57,209 |
|  | 25 | $76,988 | $70,853 | $66,647 | $57,876 |
|  | 26 | $77,654 | $71,520 | $67,312 | $58,542 |
| 12 | 27 | $78,318 | $72,186 | $67,979 | $59,207 |
|  | 28 | $78,893 | $72,764 | $68,561 | $59,744 |
|  | 29 | $79,468 | $73,341 | $69,145 | $60,279 |
| 13 | 30 | $80,043 | $73,919 | $69,727 | $60,815 |
|  | 31 | $80,577 | $74,462 | $70,280 | $61,325 |
|  | 32 | $81,110 | $75,004 | $70,831 | $61,837 |
| 14 | 33 | $81,645 | $75,546 | $71,384 | $62,347 |
| PRIME D'ANCIENNETE/SENIORITY ADVANCEMENT: $1,500 | | | | | |

# APPENDIX 2: SCHEDULE OF RATES FOR EXTRA ACTIVITIES

SCHEDULE OF RATES FOR EXTRA ACTIVITIES

|  | CURRENT RATE |
|---|---|
| ASHBURY PICK UP & DROP OFF | 14 |
| MORNING DAYCARE (30 MIN. SESSION) | 21 |
| AFTERNOON DAYCARE (30 MIN. SESSION) | 21 |
| STULDY HALL (45 MIN.) | 42 |
| EXTRA CURRICULUM ACTIVITIES | 52 |
| AES SOCCER ADMINISTRATION | 26 |
| SOCCER COACHING | 37 |
| AES ASSISTANT | 21 |
| STUDENT CAMP & AES HELPER | 13 |
| CAMP DIRECTOR | 52 |
| CAMPS EXPERT - ASSISTANT | 37 |
| ORAL MOCK EXAMS | 52 |
| SATURDAY MOCK EXAMS MONITOR | 26 |
| SECONDARY SCHOOL MONITOR | 16 |
| PRIMARY SCHOOL MONITOR | 21 |
| PRIMARY SCHOOL SUBSTITUTE | 42 |
| TEACHING ASSISTANT SUBSTITUTE | 21 |
| SECONDARY SCHOOL SUBSTITUTE | 52 |
| NEW APPLICANT EVALUATION | 47 |

APPENDIX 3: SCHEDULE OF RATES FOR OVERNIGHT FIELD TRIP BONUSES

**SCHEDULE OF RATES FOR
OVERNIGHT FIELD TRIP BONUSES**

| ACTIVITY | BONUS |
|---|---|
| Primary organizer of an overnight field trip | $125 per night |
| Chaperon of an overnight field trip | $75 per night |

The provisions of the agreement have been approved by the respective parties.

For the LFSF

6/18/2015
Date

_____
Peter Stevens, Board President

_____
Philippe Legendre, Head of School

For the AFT/Association

06/18/15
Date

_____
Razik Ikhlef, Association President

_____
Zev Kvitky, CFT Field Representative



# CHARTE DU PERSONNEL

## Personnel Charter

Effective September 1st, 2017

# TABLE OF CONTENTS

**Article 1.    Preamble and Association Rights** ......................................................... 7

**PREAMBLE** ......................................................................................................................... 7

1.1.    Definition of Terms ..................................................................................... 7

1.2.    History and Context ..................................................................................... 7

1.3.    Structure ...................................................................................................... 7

1.4.    Status of Association ................................................................................... 7

**ASSOCIATION RIGHTS** ........................................................................................................ 7

1.5.    Authorized Representatives ........................................................................ 7

1.6.    Posting of Notices ....................................................................................... 7

1.7.    Space to Hold Meetings .............................................................................. 8

1.8.    Use of School Mail ...................................................................................... 8

1.9.    Right to Representation .............................................................................. 8

1.10.   Personnel Files ............................................................................................ 8

1.11.   Right to Information .................................................................................... 8

1.12.   Notice of Departure .................................................................................... 8

1.13.   Deduction for Association Dues .................................................................. 8

1.14.   Process to Implement Agency Fees ............................................................ 8

1.15.   Report of Fees Collected ............................................................................. 9

1.16.   Indemnification Clause ............................................................................... 9

1.17.   Consultation Rights ..................................................................................... 9

**Article 2:     Special Circumstances Relative to the Lycée** ................................ 10

**Article 3:     Categories and Classifications** ......................................................... 11

3.1.    Employment Categories ............................................................................ 11

3.1.1.  Regularly Employed Personnel ................................................................. 11

3.1.2.  Expatriates ................................................................................................ 11

3.1.3.  Managers and Supervisors ....................................................................... 11

3.1.4.  On call and contingent staff ..................................................................... 11

3.1.5.  Individual Job Descriptions ....................................................................... 11

3.2.    Functional Classifications .......................................................................... 11

FUNCTIONAL CLASSIFICATION TABLE: TEACHERS AND AIDS ...................................................... 12

FUNCTIONAL CLASSIFICATION TABLE: ADMINISTRATION AND SUPPORT STAFF ......................... 12

**Article 4.    Employment Hours** .............................................................................. 12

4.1.    Full Time Status ......................................................................................... 13

HOURS WORKED FOR FULL TIME STATUS BY FUNCTIONAL CLASSIFICATION ................................. 14

4.1.1.  Exempt Status of Teaching Personnel ...................................................... 14

4.1.2.  Teaching vs. Other Duties ......................................................................... 14

4.1.3.  Meetings included ..................................................................................... 15

4.1.4.  Other duties .............................................................................................. 15

4.1.5.  Pre and Post School Year Schedule ........................................................... 15

4.1.6.  Option for Additional Hours ..................................................................... 15

4.2.    Substitution of teaching hours for non---teaching activities ................... 15

4.2.1.  Homeroom Teachers ................................................................................ 15

4.2.2.  Department Heads .................................................................................... 15

4.2.3.   Coaching and Extra Curricular Sports ....................................................15
4.3.   Additional service terms and obligations..............................................15
4.3.1.   Enforcement of internal regulations ......................................................15
4.3.2.   Supplemental services ..........................................................................16
4.3.2.1.   Extra Meetings .....................................................................................16
4.3.2.2.   Time with Parents ................................................................................16
4.3.2.3.   Class Preparation .................................................................................16
4.3.3.   Additional services ................................................................................16
4.3.3.1.   Teachers working in primary and secondary......................................16
4.3.3.2.   Compensation for parent---teacher meetings.......................................16
4.3.3.3.   Compensation for Primary English Teachers .....................................16
4.3.3.4.   Compensation for French Standardized testing ..................................16
4.3.3.5.   Compensation for Substitute Teaching ...............................................16
4.3.4.   Services on multiple campuses ..............................................................16
4.3.5.   Extracurricular activities .......................................................................17
4.3.6.   Professional Development......................................................................17
4.3.6.1.   General Professional Development Policy and Practice......................17
4.3.6.2.   Professional Development Committee .................................................17
4.3.6.3.   Opportunities for Professional Development ......................................17
4.3.6.4.   Provision for training for ECE units ...................................................17
**Article 5.     Compensation** ...............................................................................17
5.1.   Salary Scale ...........................................................................................17
5.1.1.   Salary Placement by Functional Classification .....................................18
5.1.2.   Deviation from Scale .............................................................................18
5.1.3.   Seniority Steps ......................................................................................18
5.1.4.   Placement on Salary Scale .....................................................................18
5.1.5.   Seniority Advancement ..........................................................................18
5.2.   Compensation for special assignments ..................................................18
5.3.   Frequency and terms of compensation ..................................................19
5.4.   Overtime.................................................................................................19
OVERTIME RATES ..............................................................................................19
5.4.1.   Calculation of Hourly Rate....................................................................19
5.4.2.   Employees working under more than one functional classification ......19
5.5.   Compensation of Part---Time Employees ...............................................19
5.5.1.   Basis of Calculation for Gross Annual Salary.......................................19
5.5.2.   Employees working under more than one functional classification ......19
5.5.3.   Excess Time ...........................................................................................20
5.5.3.1.   Conversion of Excess Time to Regular Duty ......................................20
**Article 6.     Leaves of Absence and Vacation**.................................................20
6.1.   Holidays.................................................................................................20
HOLIDAYS ..........................................................................................................20
6.2.   Vacation .................................................................................................20
6.2.1.   Teaching Personnel ...............................................................................20
6.2.2.   Student Services, Secondary School Monitors and Support Staff.........20
6.2.3.   Non---teaching Personnel.......................................................................21

6.2.3.1.   Administrative Personnel hired Before July 1, 2015 ............................................ 21

6.2.3.2.   IT & Maintenance Personnel & Administrative Personnel hired after July 1, 2015        21

WEEKS OF ANNUAL VACATION ACCRUAL ............................................................................ 21

6.2.3.3.   Vacation Bank .................................................................................................. 21

6.3.   Medical Leaves of Absence (Sick Days) ............................................................... 21

6.3.1.   Accrual of Paid Sick Days ................................................................................... 21

ACCRUAL OF PAID SICK DAYS ....................................................................................... 22

6.3.2.   Medical Leave Days .......................................................................................... 22

6.3.3.   Medical Leave for Part---Time Employees .......................................................... 22

6.3.4.   Employee's Salary during Medical Leave ........................................................... 22

6.3.5.   Medical Certificates .......................................................................................... 22

6.4.   Bereavement Leave ............................................................................................ 22

6.5.   Pregnancy Related Disability and Family Leaves ................................................. 22

6.5.1.   Complementary Allowances for employees less than 2 years .............................. 23

6.5.2.   Complementary Allowances for employees more than 2 years ............................ 23

6.5.3.   Partner Absence for Birth/Adoption ................................................................... 23

6.6.   Exceptional absences ......................................................................................... 23

6.7.   Unpaid leave of absence .................................................................................... 23

6.8.   Catastrophic Leave ............................................................................................ 23

**Article 7.   Employee Benefits** ...................................................................................... 23

7.1.   Insurance ........................................................................................................... 23

7.1.1.   Medical ............................................................................................................ 23

7.1.2.   Dental .............................................................................................................. 23

7.1.3.   Continuity of insurance .................................................................................... 23

7.1.4.   Nonparticipation in medical or dental plans of the Lycée ................................. 24

7.2.   Retirement plan ................................................................................................. 24

7.2.1.   Retirement Contributions for Local Employees ................................................. 24

7.2.2.   Retirement Contributions for Detaches ............................................................. 24

7.3.   Long---Term sick leaves .....................................................................................24

7.4.   Tuition Remission ............................................................................................... 24

7.4.1.   Entrance Fee and Tuition .................................................................................. 24

7.4.2.   Study Hall and Daycare .................................................................................... 24

7.4.3.   Camps .............................................................................................................. 24

7.4.4.   Tuition Remission Study ................................................................................... 24

7.4.5.   Exclusions ........................................................................................................ 24

7.4.6.   Employees beginning in the 2017-2018 year ................................................... 25

**Article 8.   Employment Contracts** ............................................................................... 25

8.1.   General Provisions ............................................................................................. 25

8.1.1.   Hiring Process .................................................................................................. 25

8.1.2.   Legal Costs ...................................................................................................... 25

8.1.3.   Communicating Open Positions ........................................................................ 25

8.1.4.   Class Closures .................................................................................................. 25

8.1.5.   Change of Campus ........................................................................................... 25

8.1.6.   Notice of Resignation ....................................................................................... 25

8.2.    Contract Offer ...................................................................................................25
CONTRACT OFFER TIMETABLE ...........................................................................................26
8.2.1.   Reduction of Hours for Part---Time Employees ..................................................26
8.3.    Contract Form and Content ..............................................................................26
8.3.1.   Reference to Charter ..........................................................................................26
8.3.2.   Form of Contract ...............................................................................................26
8.3.3.   Signature ...........................................................................................................26
8.4.    Contract Types and Restrictions .......................................................................26
8.4.1.   Probationary period ...........................................................................................26
CONTRACT DURATION TABLE ............................................................................................27
8.5.    Contract Renewal. Non---renewal or Modification ...........................................27
8.5.1.   Letter or Intent to Continue Relationship ..........................................................27
8.5.2.   Modifications to Current Contracts ....................................................................28
8.5.2.1.   Change of Hours for Part---Time Employees ...................................................28
8.5.2.2.   Change of Class ...............................................................................................28
8.5.2.3.   Change of Job Description ...............................................................................28
8.5.2.4.   Class Closures .................................................................................................28
8.5.2.5.   Priority given on reinstatement.......................................................................28
8.5.3.   Automatic Renewal ............................................................................................28
8.5.4.   Notice of Non---Renewal ....................................................................................28
8.5.5.   Modifications ....................................................................................................29
8.6.    Performance Evaluations ..................................................................................29
8.6.1.   First Year of Employment...................................................................................29
8.6.1.1.   Second Year ...................................................................................................29
8.6.2.   Support of Employees to Avoid Termination .....................................................29
8.6.3.   Rate of Formal Evaluations ................................................................................29
8.6.4.   Inspections for French Civil Servants ..................................................................29
8.6.5.   Volunteer Peer Observation ..............................................................................30
8.7.    Employee Files ..................................................................................................30
8.7.1.   Notification to Association of Adverse Actions ..................................................30
8.7.2.   Right to Review File ...........................................................................................30
8.7.3.   Right to Annotate Documents ............................................................................30
8.8.    Termination or Suspension of Contract .............................................................30
8.8.1.   Right to Terminate .............................................................................................30
8.8.2.   Written Notice of Termination to Employee ......................................................30
8.9.    Arbitration in Case of Disputes .........................................................................30
8.9.1.   Recourse to Head of School ...............................................................................30
8.9.2.   Recourse to President .........................................................................................31
**Article 9.    Annual Discussions** .............................................................................31
9.1.    Delegates for Personnel ....................................................................................31
9.2.    Schedule for Negotiations .................................................................................31
9.3.    Meetings with Head of School ...........................................................................31
9.4.    Designation of Representative when School is not is Session...............................31

**Article 10.**   **Date of Application and Future Revisions** ............................................ 31

10.1.   Term ................................................................................................................... 31

10.2.   Revisions ............................................................................................................. 31

**APPENDIX 1: 2015---2016 FACULTY SALARY SCALE** ............................................................... 32

**APPENDIX 1: 2015---2016 ADMINISTRATIVE SALARY SCALE** ............................................... 33

**APPENDIX 2: SCHEDULE OF RATES FOR EXTRA ACTIVITIES** ........................................ 34

**APPENDIX 3: SCHEDULE OF RATES FOR OVERNIGHT FIELD TRIP BONUSES** ................. 35

**APPENDIX 4: SIDELETTER – HIRING COMMITTEE** ......................................................... 36

**APPENDIX 4: SIDELETTER – HIRING COMMITTEE** ......................................................... 37

**Article 1.**     <u>Preamble and Association Rights</u>

## Preamble

### 1.1. Definition of Terms

This Personnel Charter ("Charter") is made between The Lycée Français de San Francisco ("Lycée"), a California non---profit corporation and the Association of the Personnel of the Lycée Français (Association La Perouse or "Association"), AFT, AFL---CIO. The Charter is the Collective Bargaining Agreement between the Lycée and the Association. Lycée recognizes the Association as the exclusive bargaining agent for all employees unless specifically excluded by the Charter.

### 1.2. History and Context

Founded by parents in 1967, the Lycée Français de San Francisco is a K---12 academic institution accredited by the State of California and the French Ministry of Education. The Lycée is a Lycée "conventionné" by the "Agence pour l'Enseignement Français à l'Etranger" (AEFE), an agency of the French Ministry of Foreign Affairs and the French Ministry of National Education. It belongs to a network of more than 400 Lycée Français worldwide.

### 1.3. Structure

The Lycée acts through a Board of Directors composed of elected parents, two elected members of the personnel, and other community leaders. Such elections should take place in June. Through an agreement with the AEFE, called the "convention," the Lycée's head of school, school directors and certain teachers are provided by and employed by the AEFE. The Head of School has the authority to make management and pedagogical decisions that are consistent with local law, the Lycée's "Convention" with the Agence pour l'Enseignement Français à l'Etranger, other Board mandates and the Lycée's mission.

### 1.4. Status of Association

The Association of Personnel is a registered California unincorporated nonprofit association, established in 1990, to represent exclusively the faculty and staff on matters relating to wages, benefits and other terms and conditions of employment.

## Association Rights

### 1.5. Authorized Representatives

Authorized representatives of the Association shall be permitted to transact official Association business concerning the enforcement and implementation of the collective bargaining agreement on the Lycée's property at reasonable times during regular working days with prior permission of the Head of School or his/her designee(s). Association representatives granted permission will not in any way disrupt the delivery of educational programs and will not interfere with unit members' production of work, or meet with them during working time (not including scheduled breaks). Such permission shall not be unreasonably withheld. Permission shall not be given to enter any classroom while class is in session.

### 1.6. Posting of Notices

Use of a bulletin board for posting association notices and materials shall be provided at each campus by the Lycée. The Association shall not post, nor authorize its members or those it represents to

post, any material anywhere within the work areas of Lycée's operations except as herein provided. If School buildings are materially altered or if work areas are relocated in a manner that prevents or impedes access to such bulletin board, the parties shall consult on a new location.

### 1.7. Space to Hold Meetings

Subject to prior arrangement, Lycée will provide an assigned room for Association meetings provided that such meetings shall not disrupt or impede educational programs or scheduled school events.

### 1.8. Use of School Mail

The Association shall have the right to use the School mailboxes, and other communications mediums subject to the communication policy of the School, for the dissemination of Association communications.

### 1.9. Right to Representation

Each teacher shall have the right to request an Association representative at any meeting with an administrator that has the purpose of disciplinary action and/or termination of the employee to the extent provided by law.

### 1.10. Personnel Files

The Lycée shall maintain only one official personnel file for each employee. It shall include all letters of reference, performance evaluations, memoranda and correspondence, which pertain to the employee's professional service and/or employment record. With the exception of letters of reference, written statements from teacher training institutions, colleges and universities and previous employers, employees may review, in the presence of the Director of Human Resources, or his/her designee(s), all materials in their own personnel files during normal business hours with advance notice.

### 1.11. Right to Information

The Employer will provide to the Association, upon request and by mutual agreement, such data as is necessary and reasonable to permit the Association to fulfill its responsibility as the collective bargaining agent of the employees covered by the Agreement.

### 1.12. Notice of Departure

When a member of the bargaining unit, for any reason, ceases to be employed by the Lycée, the Lycée shall notify the Association in writing.

### 1.13. Deduction for Association Dues

The Lycée agrees to deduct from paychecks issued to bargaining unit members who are members of the Association, the sums required by the Association as dues, fees and/or assessments and shall promptly forward to the Association electronically the monies collected. The Association shall provide the account to which the funds are to be sent. Association membership shall be verified by the employee's signature on a dues check---off form authorizing said deduction(s), which the Association shall obtain and provide a copy thereof to the Lycée. Such authorization shall remain in effect from year to year unless revoked in writing.

### 1.14. Process to Implement Agency Fees

The union may petition for a secret ballot election with regard to the imposition of service fees. An election petition must bear the signatures of at least 30 percent of represented employees. Once a

qualifying petition has been filed a neutral party, such as FMCS, shall be invited to administer the election. In the case that the union wins the election, the Charter shall be reopened to add any necessary implementing provisions.

### 1.15. Report of Fees Collected

In addition, for each pay period these deductions are made, the Lycée shall provide the association with an alphabetical listing of each employee from whose paycheck monies have been deducted and the amount of each deduction.

### 1.16. Indemnification Clause

The Association shall indemnify, defend, and hold the Lycée harmless from any and all claims, demands, suits, or other forms of liability arising from its compliance with this Section or the deduction of dues, fees and/or assessments as requested by the Association.

### 1.17. Consultation Rights

1.17.1.   The parties hereto recognize the mutual advantages to be gained from collegial consultation regarding the academic objectives of the Lycee. Lycee will attempt to notify the Association prior to any changes in school policy that impact pedagogy, salaries, benefits, or working conditions, and which are not already an established right of the administration or within the purview of another committee on which faculty participate.

1.17.2.   To the extent possible, the School will consider any suggestions or accommodations presented to it; provided, however, that nothing herein shall be construed so as to limit the right of the Lycee to exercise its managerial prerogatives in a manner not inconsistent with the terms of this Agreement.

1.17.3.   To the extent possible, the Association will work with the administration to ensure that all committees and task forces are populated with teachers.

**Article 2:** **Special Circumstances Relative to the Lycée**

The hybrid nature of the Lycée as a California independent school that is "conventionné" to offer  the French national educational curriculum makes the tasks of the teachers and of the   administrative personnel different from those they might perform in a purely French or an    American e s t a b l i s h m e n t .

As an independent school, the Lycée depends on at least maintaining its student enrollment.  The best guarantee of continued employment, therefore, is thus the quality of the teaching provided  and the various  services proposed.

Beyond the service obligations of the teachers and the administrative personnel, emphasis is   placed on their availability, their vitality, their rapport with the school community, and the   essential role that they play in the cultural life of the Lycée. In this respect, participation in the   life of the Lycée, including the preparation and supervision of various events and parties  organized throughout the year is an  important dimension of every employee's role within the   establishment.

Finally, the personnel of the Lycée represent the institution and  are  considered  and perceived as representatives of France in every respect, not only in terms of their savoir---faire in educational matters, but also their culture. Their acts  and  words  are  thus capable of taking on significance  and of having a resonance  that go beyond purely individual expression.  This particular  circumstance must  motivate  the  French  personnel  to  demonstrate openness t o w a r d s and  interest in the civilization and culture of  the  United  States,  their  host country. It also entails a  willingness on their part to participate  in an intercultural dialogue in which differences are  respected. Obviously, the same holds true for the American and other nationalities personnel *vis---a---  vis* France. It  *is* therefore essential that  a  close and thoughtful coordination exist between the   teachings provided in French and in English.

**Article 3:**     **Categories and Classifications**

3.1. Employment Categories

For the purposes of this Charter, employees of the Lycée are categorized as follows:

### 3.1.1. Regularly Employed Personnel

Regularly Employed Personnel (hereinafter called "Employees" or "Personnel") are all employees, other than Expatriates, Managers and supervisors, and on---call contingent staff excluded below, with current employment contracts from the Lycée. Personnel may be Teaching, Non---teaching or both, full time or part time. The Charter shall apply solely to this category and does not apply to the categories below.

### 3.1.2. Expatriates

Persons employed by the French Ministry of Foreign Affairs. The Charter does not apply to this category.

### 3.1.3. Managers and Supervisors

All management and supervisory positions, whether employed currently by the school or to be employed in the future, consistent with National Labor Relations Act (NLRA) Section 2 (II) and other relevant provisions of NLRA, some of which may be vacant or filled by Expatriate employees, and to which additional managerial positions may be added in the future as the need may arise. The Charter does not apply to this category.

### 3.1.4. On call and contingent staff

All day---to---day substitutes (teaching under 28 continuous days) or other on---call and contingent staff, including those teaching extra---curricular activities. This does not include Chartered employees who have extra duty assignments. The Charter does not apply to this category.

### 3.1.5. Individual Job Descriptions

Each employee shall be provided with an individual job description that specifies their job title, major duties, and responsibilities. Such descriptions will also be provided to the Association upon request. Each employee shall also be provided with documentation, which describe their normal work hours and work location.

3.2. Functional Classifications.

Teaching and Non---teaching categories of Personnel are subdivided into the following Functional Classifications. When an Employee performs functions across several classifications, his or her compensation and benefits shall be calculated pro rata to the actual hours worked in each classification.

FUNCTIONAL CLASSIFICATION TABLE: TEACHERS AND AIDS

| Category Classification | Faculty Scale | Description |
|---|---|---|
| Teaching Personnel Secondary --- S1 | 1 | All teachers who are "agreges" |
| Secondary --- S2 | 1 or 2 | 1 Secondary school teachers --- other than those in classifications S1, AT, ES, or PE --- who are "certifies," have a "doctorat 3ème cycle" degree, a Ph.D. DES, DEA, M.A., M.S., or clear CA credentials in subject taught P.E.G.C., or equivalent U.S. state credential. |
| | | 2 "adjoints d'enseignement, "License," B.A. or B.S. |
| Primary--- P | 1 or 2 | 1   Elementary school teachers who have a CAP, vocational training certificate, CAPE, BA+ credentials or other qualification recognized by the Head of School |
| | | 2 except those in classifications AT, ES or PE, BA |
| Assistant Teacher --- AT | 4 | Preschool Assistant teachers who have an early Childhood Education Diploma (12 units) and Kindergarten Assistant Teachers |
| Elementary English and Specialized Teachers ES | 1 or 2 | English and specialized teachers at the primary level or those teaching less than 50% of their hours at the secondary level, and art and music at the primary level. |
| | | 1: PhD or Master or BA + credentials |
| | | 2: BA |
| Physical Education, Secondary Art and Music Teachers --- PE | 1 or 2 | Physical education teachers at either the primary or secondary level and art and music teachers at the secondary level. |
| | | 1: PhD or Master **or** BA + credentials |
| | | 2: BA |

FUNCTIONAL CLASSIFICATION TABLE: ADMINISTRATION AND SUPPORT STAFF

| Category | Admin Scale | Description |
|---|---|---|
| Non---teaching personnel, Admin | 1, 2 or 3 | Including Administrative Assistants, Associates*, Receptionists with Assigned responsibilities, Bookkeeping, Registrar, Marketing/Communication assistants |
| | | *Associate: at the moment of the promotion, the employee will be placed in the scale one at the step, at a minimum, that represents the equivalent at his salary prior to the promotion + 1 step. |
| Student Services | 1, 2 or 3 | Including school counseling services, librarian, Dean, and Assistant Deans |
| Support Staff | 4 | Secondary school monitors, Playground supervisors, drop---off/pick---up, daycare, lunchroom monitors |
| IT | 3 | Information technology assistance |
| Maintenance | 4 | Repair, cleaning and other maintenance of school properties |
| Clerical | 4 or hourly | Non---skilled administrative support staff: filing clerks, light administrative duties |
| | | 4: if permanent position |
| | | Hourly: if temporary assignment |

**Article 4.    Employment Hours**

4.1. Full Time Status

Each employee must be under contract to work the number of weekly hours listed below to be considered a full time employee. When an employee performs functions in more than one classification, the hours that he or she works in each classification shall be divided by the hours for full time status in that same classification and summed to determine the employee's overall status as a full time or part time employee.

HOURS WORKED FOR FULL TIME STATUS BY FUNCTIONAL CLASSIFICATION:

| Classification | Scheduled hrs/wk | Notes |
|---|---|---|
| Secondary S1 | 15 | (4.1.1) (4.1.4) |
| Secondary S2 | 18 | (4.1.1) (4.1.4) |
| Primary P | 27 | (4.1.2) (4.1.4) |
| Assistant Teachers --- AT | 32.5 | (4.1.4) |
| English and Specialized Teachers --- ES | 21 | (4.1.3) (4.1.4) |
| Physical Education, Secondary Art & Music Teachers --- PE | 20 | (4.1.3) (4.1.4) |
| Administration | 35 | (4.1.5) |
| Student Services | 31 | |
| Secondary School monitors | 31 | |
| Support Staff | 32.5 | (4.1.5) |
| IT | 40 | |
| Maintenance | 40 | |

4.1.1. Exempt Status of Teaching Personnel

All teaching personnel (except Assistant Teachers) are exempt from the Fair Labor Standards Act and the California Wage Orders and are expected and required to provide the full range of professional responsibilities attendant to the teaching profession in exchange for their annual compensation and without expectation of additional pay, except as otherwise specified in this Charter.

4.1.2. Teaching vs. Other Duties

Hours are for classroom teaching time except as permitted in Section 4.2 below. Every work---hour not consisting of actual teaching (e.g. monitoring, library, administrative work, etc...)

shall be counted as equivalent to one half--hour of teaching.

### 4.1.3. Meetings included

Hours are for classroom teaching time and one hour of meeting for teacher councils and   cycles meeting, except as permitted in Section 4.2 below. Hours may also include a maximum  of one hour per week of collaborative work including, but not limited to, drop--off and pick--  up and monitoring recess.

### 4.1.4. Other duties

Hours are for classroom teaching time except as permitted in Section 4.2 below and maximum of one hour per week of monitoring duties based on school's needs. For secondary school teachers, every work--hour not consisting of actual teaching (e.g. monitoring, library, administrative work, etc...) shall be counted as equivalent to one half--hour of teaching.

### 4.1.5. Pre and Post School Year Schedule

In addition to teaching hours, all Teaching personnel shall work an additional three workdays preceding the first day of class and one workday after the last day of class. All teachers in charge of exams shall remain on duty after the last day of school until the end of the exam period.

### 4.1.6. Option for Additional Hours

Support and administrative staff may elect, with the approval of management, to work additional hours beyond their scheduled hours described in the table above.  Such additional hours shall be voluntary only. Compensation for such additional hours will be paid at a straight time rate up to forty (40) hours.

## 4.2.   Substitution of teaching hours for non--teaching activities.

Teaching hours listed above may be used for certain non--teaching activities as listed below:

### 4.2.1. Homeroom  Teachers

Homeroom teachers are credited one hour per week.

### 4.2.2. Department Heads

Department heads when the department consists of at least 3 full--time equivalent teachers are credited one hour per week per group of 3 full time equivalent teachers.

### 4.2.3. Coaching and Extra Curricular Sports

Full time physical education teachers are credited three hours per week for coaching and organizing mandatory extracurricular sports.

## 4.3.   Additional service terms and obligations

### 4.3.1. Enforcement of internal regulations

All employees shall participate in enforcing the Lycée's internal rules and regulations. In general, employees shall monitor the behavior of the students while on school property and in the immediate vicinity and immediately report to the administration any observed deficiencies in the cleanliness and maintenance of the classrooms and buildings.

### 4.3.2. Supplemental services

All Teaching Personnel are expected to provide the following services without additional compensation.

#### 4.3.2.1. Extra Meetings

Whenever their presence is appropriate, prepare for and participate in class councils, orientation sessions, disciplinary hearings and pedagogical meetings as organized from time to time.

#### 4.3.2.2. Time with Parents

Participate in regularly organized parent---teacher meetings, arrange to see parents who request appointments, and do everything reasonably required to maintain a positive relationship with students and their families.

#### 4.3.2.3. Class Preparation

Prepare lessons and class work, grade homework and tests, and all work normally associated with course preparation as is consistent with the Employee's job description and schedule that is determined by the requirements of their job classification.

### 4.3.3. Additional services

Teachers will be compensated for Excess Time for the following services with prior authorization from the Head of school as stipulated in 5.3.1:

#### 4.3.3.1. Teachers working in primary and secondary

Teachers working at both the primary and secondary schools shall be compensated for one extra hour per month for attending additional meetings.

#### 4.3.3.2. Compensation for parent---teacher meetings

Primary Teachers shall be compensated with one workday per year for parent---teacher meetings.

#### 4.3.3.3. Compensation for Primary English Teachers

Primary school level English teachers shall be compensated with one half work day per year per class taught for parent / teacher meetings.

#### 4.3.3.4. Compensation for French Standardized testing

Primary School Teachers shall be compensated with one work day to correct and prepare the National French evaluation tests.

#### 4.3.3.5. Compensation for Substitute Teaching

Employees providing substitute teaching services shall be compensated at the hourly rate in the attached Schedule of Rates for Extra Activities or his/her hourly rate as calculated in 5.4.1, whichever hourly rate is greater. Substitute teaching services in excess of the full time weekly hours for the Employee's functional classification shall be compensated as overtime.

### 4.3.4. Services on multiple campuses

Teachers working on the Marin campus and either San Francisco campus during the same

day are entitled to additional compensation equal to ½ hour per week. Mileage for travel between any campus using the Employee's own car and required for the Employee to perform his or her job function shall be reimbursed as the actual miles driven X the current reimbursement rate published by the US General Services Administration (GSA). Bridge tolls shall be reimbursed at their actual cost paid

### 4.3.5. Extracurricular activities

All Teaching Personnel are expected to participate in extracurricular activities and study halls according to his or her skills and tastes. Teachers providing services for extracurricular activities, day camps, study halls, and paid class presentations ("interventions") shall be paid at the rates in a Schedule of Rates for Extra Activities provided by the Lycée in lieu of their normal salary. Hours worked on such extracurricular activities shall not be included in any calculation of whether an employee is full time, entitled to Overtime, additional benefits, vacation, or leave.

### 4.3.6. Professional Development

The Lycée Français de San Francisco considers the quality of its workforce as the single most important factor in the success of its students' education. As a learning organization, it fosters employee development and encourages trust and collaboration between all staff members.

#### 4.3.6.1. General Professional Development Policy and Practice

Throughout employment, the school makes available to all employees on an equitable basis whatever resources it can provide for professional growth and development, both inside and outside the school. Each year, training courses, conferences or other opportunities to learn are offered based on criteria established by the Head of School that are respectful of the Employee's professional knowledge and decision‑‑‑making capability.

#### 4.3.6.2. Professional Development Committee

A Professional Development Committee shall be convened each year, including faculty and staff representing each department in addition to the Head of School. The committee will develop a list of training and development opportunities for faculty and staff, subject to approval by the Head of School, who will communicate them to the personnel.  The objective of this process is to ensure that employees stay abreast of current developments in their field and are given the tools to uphold the highest standards consistent with their professional goals and responsibilities.

#### 4.3.6.3. Opportunities for Professional Development

Each employee is entitled to participate in a professional development opportunity at least once every two years.  Substitutes shall be provided where necessary to allow employees to participate in scheduled professional development opportunities.

#### 4.3.6.4. Provision for training for ECE units

When Preschool Assistant Teachers do not have the necessary training in early education to perform their assigned duties, the Lycée will take responsibility for the costs of courses leading to this American diploma.

## Article 5.      **Compensation**

### 5.1. Salary Scale

The full time gross salaries or pro rata part time gross salaries of all Personnel shall be based on the schedule of gross annual salaries in the attached Salary Scale (Appendix 1) and subject to the conditions below.  The schedule in Appendix 1 includes a 4% salary increase effective September 1, 2017.

### 5.1.1. Salary Placement by Functional Classification

Each employee's salary in the Salary Scale shall be determined by his or her functional classification (or the weighted average of several classifications), experience working in the same functional classification in equivalent academic establishment (for Teaching Personnel), and full time equivalent years working at the Lycée as determined at time of hiring by the Lycée.

### 5.1.2. Deviation from Scale

An employee's salary may deviate from the Salary Scale only with the mutual agreement of the Lycée and the Association.

### 5.1.3. Seniority Steps

Each category of the Salary Scale includes 33 seniority steps ("echelons") that increase an Employee's salary based on years of employment. Teaching Personnel arriving from France or another Lycée start in the same seniority step as they held in their previous position as of the date of employment with the Lycée. All Employees advance one seniority step for each school year they are employed.

### 5.1.4. Placement on Salary Scale

Non---teaching Employees in their first year of employment are placed on the first seniority step or the step best corresponding to any previous similar employment. Teaching personnel in their first year of employment are placed on a step corresponding to each year of full---time employment in a similar teaching position at an equivalent academic institution. Previous part---time employment equal or greater than ½ time based on the Employee's classification shall be credited as one year of seniority for each two years of previous part---time employment. For employees currently employed and changing category, the salary is determined according to the institutional seniority if the individual does not have any experience outside the Lycée. 50% of institutional length of service will be taken to define the salary in the new category.

### 5.1.5. Seniority  Advancement

Employees who have completed 24 months of employment at a minimum of *1/2* of the full time hours for their classification shall receive a Seniority Advancement (previously called, "Seniority Bonus") in addition to their salary indicated in the Salary Scale beginning their 25th month of employment and each year thereafter as indicated in the Salary Scale. Eligible part time Employees shall be paid this Seniority Advancement pro rata to their hours  worked as defined herein. Employees who were employed by the Lycée before February 28,  2001 shall continue to receive the same annual Seniority Advancement that was added to  their salary on February 28, 2009. If the individual has two contracts with tenure in the  position, he/she receives the seniority bonus identifying the institutional seniority. If an  individual has two different contracts that cumulatively represents at least 50% of full time,   hours are summed to determine the employee's overall hours, status and the seniority bonus   is granted to recognize the institutional seniority.

5.2.   Compensation for special assignments

Employees who provide services or special contributions to the school listed in the attached schedule of services shall be paid a bonus for the successful completion of the service equal to the amount indicated in the attached schedule of services.

5.3.  Frequency and terms of compensation

Salaries, less government mandated or employee authorized withholdings, are paid in twelfths on the last workday of each month by check or direct deposit. A virtual or physical pay---slip shall accompany each monthly check or direct deposit.

5.4.  Overtime

Employees shall be paid overtime wages as described herein. Employees who voluntarily elect to work additional hours as provided in section 4.1.5 shall not be eligible for overtime as described herein until they have worked forty (40) hours in a week. Weekly hours worked with the approval of the Head of school or the Employee's supervisor in excess of the full time weekly hours for the Employee's functional classification shall be considered Overtime and paid on an hourly basis *prorata* to the employee's gross annual salary, calculated as follows:

OVERTIME RATES

| Classification | Short term contract | Long term contract | Temporary |
|---|---|---|---|
| Teaching Personnel | 1.25 x Hourly Rate defined below | | |
| Non---teaching Personnel | 1.5 x Hourly Rate defined below | | As noted in contract |

5.4.1.  Calculation of Hourly Rate

Hourly Rate = Gross annual salary for a full time position in the employee's classification and step in the salary scale, divided by 52, divided by the number of full---time working hours for that category from Section 4.1

5.4.2.  Employees working under more than one functional classification

If an Employee works in more than one functional classification, his or her gross annual salary shall be the current salary and the number of full---time working hours shall be the weighted average of all classifications that correspond to his or her salary.

5.5.  Compensation of Part---Time Employees

Employees working less than full time are paid based on their contracted hours + Excess Time actually worked as follows:

5.5.1.  Basis of Calculation for Gross Annual Salary

Gross annual salary for a full time position in the employee's classification and step in the salary scale divided by the number of full---time working hours for that category from Section 4.1 x the weekly hours actually worked.

5.5.2.  Employees working under more than one functional classification

If an employee works in more than one functional classification, his or her gross annual

salary shall be the current salary and the number of full---time working hours shall be the weighted average of all classifications that correspond to his or her salary.

### 5.5.3. Excess Time

Weekly hours worked with the approval of the Head of school or the Employee's supervisor in excess of the Employee's contracted hours but less than the full time weekly hours for the Employee's functional classification shall be considered Excess Time.

#### 5.5.3.1. Conversion of Excess Time to Regular Duty

If an employee earns Excess Time for the same task for more than one month, his/her employment contract will be changed to integrate the Excess Time into his/her employment contract. The contract can be changed again to remove the Excess Time hours when they are no longer required. Excess Time is paid on an hourly basis pro rata to the employee's gross annual salary, calculated as follows: Excess Time hourly rate = Gross annual salary for a full time position in the employee's classification and step in the salary scale, divided by 52, divided by the number of full---time working hours for that category from Section 4.1.

## Article 6.        Leaves of Absence and Vacation

### 6.1. Holidays.

All Employees receive the following 10 days as paid time off for holidays:

HOLIDAYS:

| |
|---|
| Labor Day |
| Thanksgiving |
| Christmas Day |
| New Years Day |
| Martin Luther King Birthday |
| Presidents Day |
| Memorial Day |
| Independence Day |
| Two floating holidays to be determined by the school council (CE) |

### 6.2. Vacation

Employees that are recruited during the course of the year or leave during the course of the year_are entitled to vacation on a prorated basis with respect to the duration of their service.

#### 6.2.1. Teaching  Personnel

Teaching Personnel are entitled to vacation during all school breaks as established each year by the Lycée school calendar, taking into account the holidays in Section 6.1, and in compliance with local laws.

#### 6.2.2. Student Services, Secondary School Monitors and Support Staff

Student Services, Secondary School Monitors and Support Staff remain on duty during the summer until 5 working days after the end of class until the end of the exam period and return 5 working days before the first day of class. They are entitled to take other school

breaks

6.2.3. Non---teaching Personnel

The calendar for vacation---time duties is established every year by the Head of school, and shall be based on the needs of each department as determined by the Director of the department taking into account the requests of the personnel. However, one week of vacation shall be taken during the school closure that occurs during the winter break.

6.2.3.1. Administrative Personnel hired Before July 1, 2015

Administrative Personnel hired before July 1, 2015, who have held a position for less than 2 years are entitled to seven (7) weeks of vacation taken pursuant to 6.2.3 above.

Administrative Personnel hired before July 1, 2015 who have held a position for 2 years or longer are entitled to nine (9) weeks of vacation taken pursuant to 6.2.3 above

6.2.3.2. IT and Maintenance Personnel and Administrative Personnel hired after July 1, 2015

IT and maintenance personnel and administrative personnel hired following ratification of this agreement, shall be entitled to vacation as provided below taken pursuant to 6.2.3 above.

### WEEKS OF ANNUAL VACATION ACCRUAL

| Upon completion of years of service | Weeks of Annual Vacation Accrual |
|---|---|
| 0---2 | 3 |
| 3---5 | 4 |
| 6---9 | 5 |
| 10---14 | 6 |
| 15---19 | 7 |
| 20---24 | 8 |
| 25+ | 9 |

6.2.3.3. Vacation Bank

IT, maintenance and administrative beginning July 1, 2015 may accumulate up to six (6) weeks of vacation. There shall be no vacation bank for administrative staff hired before July 1, 2015.

6.3. Medical Leaves of Absence (Sick Days)

The Lycée complies with the Family and Medical Leave Act of 1993 and the California Family Rights Act.

6.3.1. Accrual of Paid Sick Days

Employees accrue paid days that can be used for medical leave monthly according to their   status and contract as follows.

### ACCRUAL OF PAID SICK DAYS

| Classification: Employees with less than two years of service. | Employees with more than two years of service. | Temporary |
|---|---|---|
| 0.75 days per month capped at maximum 18 days (see exceptions below) | 1 days per month capped at maximum 30 days (see exceptions below) | As noted in contract |

#### 6.3.2. Medical Leave Days

Three medical leave days per year can be used for personal, non---medical, purposes. Personal days shall be approved in advance by the HOS or designee whenever possible.

#### 6.3.3. Medical Leave for Part---Time Employees

Part time Employees accrue medical leave according to the schedule above X the contracted weekly hours   divided by number   of full---time working hours   for the Employee's classification.

#### 6.3.4. Employee's Salary during Medical Leave

If a portion of the Employee's salary during a Medical leave is paid by the disability insurance provider, the Lycée will only pay the Employee his or her salary less any compensation paid, up to the maximum amount of the medical leave available to the Employee pursuant to this section 6.3, after the Employee has received his/her disability payments.

#### 6.3.5. Medical Certificates

A medical certificate is required for leaves exceeding two working days. A second medical opinion can be requested by the Lycée for leaves exceeding two working days.

### 6.4.   Bereavement Leave

In the event of the death of a member of his/her immediate family member (as defined by FMLA) employees shall receive days off without loss of pay.  Employees may receive up to three (3) days for domestic occurrences, and five (5) days for all other occurrences. Up to two (2) additional days of personal leave may be used in addition to bereavement leave.

### 6.5.   Pregnancy Related Disability and Family Leaves

The Lycée complies with the California Family and Medical Leave Act of 1993 and the California Family Rights Act. In case of a Pregnancy Related disability, after having filled out the necessary forms, the Employee receives the allowances paid by the Disability insurance, the paid Family Leave insurance and other allowances. The Pregnancy Related disability corresponds to the date recorded on the medical certificate, without taking into account vacation time and holidays. Adoption leave corresponds to the date recorded on the adoption certificate, without taking into account vacation time and holidays and only applies to one employee parent.  In instances where both parents are employees, and one qualifies for CFMLA as described above, the other employee parent may request up to six (6) weeks of unpaid leave for the purpose of caring for and bonding with the newborn or adopted child.

### 6.5.1. Complementary Allowances for employees less than 2 years

The Lycée pays Employees who have been employed for less than 2 years the complementary allowances maintaining their total salary for 6 weeks.

### 6.5.2. Complementary Allowances for employees more than 2 years

The Lycée pays Employees who have been employed for 2 years or longer complementary allowances maintaining their total salary for 12 weeks.

### 6.5.3. Partner Absence for Birth/Adoption

The partner is entitled to a leave of absence of 3 workdays to be counted from the date of birth or adoption of his/her child.

## 6.6. Exceptional absences.

An unpaid leave of absence can be granted on an exceptional basis by the Head of school (family   reasons, examinations…). A written request must be submitted to him or her at the earliest possible   time.

## 6.7. Unpaid leave of absence.

After seven years of full‑‑‑time or full‑‑‑time equivalent service, the Head of school can grant personnel   who so desire a one year unpaid leave of absence for complementary training, professional development, or for personal reasons. In this case, the position is not vacated; it is filled by a   substitute. According to the interest that the Lycée has in the project, following a recommendation   from the Head of School and subject to approval by the Board of Directors, and provided that the   interested party actually resumes his or her services in the school, an allowance may be paid to the   interested party as compensation for his or her professional development.

## 6.8. Catastrophic Leave

Employees may transfer unused medical leave to another employee who has been medically certified   to be suffering from a catastrophic illness (e.g. AIDS, cancer). Employees may not donate more than   one half of their existing medical leave balances.


## Article 7.        **Employee Benefits**

The Personnel are entitled to employee benefits. For Personnel working part time, the employee benefits are calculated on a prorated basis with respect to the hours actually worked compared to the maximum working hours of that employee's category. Employee benefits consist of the following:

## 7.1. Insurance

### 7.1.1. Medical

Participation in the medical plan(s) proposed by the Lycée if working more than the minimum hours required by the plan provider.

### 7.1.2. Dental

Participation in the dental plan(s) proposed by the Lycée if working more than the minimum hours required by the plan provider.

### 7.1.3. Continuity of insurance

After permanent departure from the Lycée, and in conformity with the COBRA law, the employee can

continue to belong to the medical plan and the dental plan of the school for a period of 18 months or as stipulated by COBRA, provided that he or she pays the Lycée the cost of this coverage.

### 7.1.4. Nonparticipation in medical or dental plans of the Lycée

If the Employee does not wish to be covered by a medical or dental plan proposed by the Lycée, or does not meet the minimum hours required for coverage by the plan provider, he or she is entitled, upon presentation of an invoice from his/her insurance carrier, to a reimbursement of his/her premium up to the maximum premium amount charged by the Lycée's insurance provider for the same Employee, calculated on a prorated basis of the hours actually worked.

## 7.2.   Retirement plan

### 7.2.1. Retirement Contributions for Local Employees

The Employee can, if he or she so desires, participate in the retirement plan offered by the school. The Lycée's contribution matches the employee's up to 5% after 2 years of seniority, 7% after 5 years, and 10% after 10 years.

### 7.2.2. Retirement Contributions for Detaches

After two years of employment, employees "Detaches" who contribute voluntarily to the French Civil Servant pension, may opt to participate or not in the retirement plan offered by the Lycée. If they do not opt to participate in the Lycée's plan and still continue contributing to the French Civil Servant plan, the Lycée will pay the Employee an amount equivalent to 75% of the Employee's contribution to the French Civil Servant pension. Detaches will have a one---time choice to avail themselves of this benefit in the year following the end of their 24 months in the Lycée.

## 7.3.   Long---Term sick leaves

Affiliation with a "Long term Disability" plan proposed by the Lycée if working more than the minimum hours required by the plan provider

## 7.4.   Tuition Remission

### 7.4.1. Entrance Fee and Tuition

If they so desire, the Personnel are entitled to a remission of the entrance fee and tuition costs for their child (children). The remission of the tuition costs and of the entrance fee is 80%, and 100% if he or *she has held a* position for 10 years.

### 7.4.2. Daycare

Daycare, if offered by the Lycée, is offered at no cost to the Employee's  children who are currently enrolled at the Lycée while the Employee is on duty.

### 7.4.3. Camps

If a vacation camp is organized by the Lycée, the Personnel in service can register their children in it at no cost.

### 7.4.4. Tuition Remission Study

Lycée and the Association will jointly construct an anonymous survey to obtain any data necessary to assess financial need.  Completion of the anonymous survey will be required of all employees currently receiving tuition remission.

### 7.4.5. Exclusions

Households with both an expat and a charter employee will not qualify for tuition remission. Households where one non---employee spouse is eligible for tuition for children through their employment will not be eligible for LFSF tuition remission. The impact of this requirement is not intended to cause an increase in the tuition cost required of staff currently receiving tuition remission above what they would receive if they were not eligible for other tuition sources.

### 7.4.6. Employees beginning in the 2017-2018 year

For employees hired on or after the start of the 2017-2018 year, tuition remission is granted on the condition that children of such employees be enrolled at the Sausalito campus. Transportation will be provided by the School at no cost to the employee.

## Article 8.    **Employment Contracts**

### 8.1.   General Provisions

#### 8.1.1. Hiring Process

The Employees of the Lycée are recruited by the Head of school after a review of the candidate's record and an interview, if possible.

#### 8.1.2. Legal Costs

All fees and legal costs for temporary work visas as required to work at the Lycée are paid directly by the Lycée. Employees who resign before expiration of their visa paid by the Lycée must reimburse the Lycée for the cost of obtaining the visa on a prorated basis according to the time remaining until the visa's expiration.

#### 8.1.3. Communicating Open Positions

The Lycée will bring all created, vacant, or potentially vacant, positions to the attention of the Personnel by means of posters and faculty and staff emails, together with a description of the nature of the position, the work conditions and the status.

#### 8.1.4. Class Closures

If a class is closed, the teacher of that class will be given priority over other candidates for any similar available position offered by the Lycée, and for which he/she is qualified.

#### 8.1.5. Change of Campus

In case of a request for a change of campus, priority will be given based on seniority in the school, not by campus, provided that the position is vacant.

#### 8.1.6. Notice of Resignation

Employees are required to give at least six weeks advance notice of resignation.

### 8.2.   Contract Offer

Before any employment contract can be offered, the Lycée must receive completed and approved documents as may be required by law. Subject to having received these documents, every person scheduled to work for the Lycée in excess of three hours per week (except as stipulated in 8.2.1 below) while school is in session shall receive an employment contract offer from the Lycée following time periods:

CONTRACT OFFER TIMETABLE

| Classification and status | Receipt of initial contract |
|---|---|
| All classifications of Teaching Personnel | Offer letter on the first day of employment; contract within 15 working days |
| All classifications of substitute Teaching Personnel | Following 28 calendar days of continuous employment |
| All classifications of Non---teaching Personnel regularly scheduled to work more than three hours per week. | Following 90 calendar days of continuous employment |

8.2.1. Reduction of Hours for Part---Time Employees

Part time employees with existing contracts, whose scheduled work hours are subsequently reduced to fewer than 3 hours per week, shall remain under contract.

8.3.  Contract Form and Content

All contracts shall commence on September 1 or other date if Employee is hired during the school year and end on August 31 unless otherwise stipulated in a Temporary contract. The contract start date for Employees in their first year of employment that do not have the status of "detaché direct" shall be the first day that they report to work.

8.3.1. Reference to Charter

Contracts shall reference the Charter as their governing document for conditions of employment as well as state the employee's title(s), job description(s), compensation, status as full or part time, and hours scheduled to work per week if part time.

8.3.2. Form of Contract

The form of the contracts may be modified from time to time by the Lycée as may become necessary by changes in relevant law, regulations or school practices. No changes to the form of the contracts shall be made without the consent of the Association, which shall not unreasonably withhold its agreement to changes required to comply with law or intended to add clarity.

8.3.3. Signature

The Board President on behalf of the Lycée signs contracts. However, the Head of school pursuant to this Charter administers them.

8.4.  Contract Types and Restrictions

Employment contracts shall have durations of one year or three year, or less if the Employee is hired during the school year, or a fixed duration, and it automatically renews or terminates according to the following restrictions.

8.4.1. Probationary period

For all non---teaching positions, the first 90---days of the first year contract will be considered probationary

CONTRACT DURATION TABLE

| Contract Duration | Use Restrictions | Renewal/termination |
|---|---|---|
| Temporary (a specific term is defined in the contract) | Only for Employees providing services with a known, or reasonably assumed to be limited, duration, including, but not limited to, substitute teachers, teachers offering short duration programs in SAT prep, English or French as Second Languages, U.S. Math, art, music and foreign languages, clerical staff for data entry projects and support staff. Multiple temporary contracts cannot be given to the same employee as a means to avoid a Short or Long term contract. | Expires automatically upon date stipulated in the contract. There is no obligation for renewal or conversion to another type of contract. |
| First Year Short Term contract (12 months or fewer if Employee hired during the school year) | Offered during the Employee's first year of employment or following expiration of a Temporary contract. | Renews automatically after first year unless notice of a non‑‑‑renewal is given pursuant to Session 8.5. Cannot be renewed more than one time: |
| Second Year Short Term contract | Offered during the Employee's second year of employment following expiration of First Year Short term contract and indefinitely for IT and Maintenance Employees. | Renews automatically for **Admin, IT** and Maintenance Employees and leads to an offer of a three year contract for all other Employees unless notice of non‑‑‑renewal is given pursuant to Section 8.5. |
| Long Term (36 months or fewer if Employee hired during the school year) | Must be offered to all Employees except IT/Maintenance personnel beginning their third year of continuous employment and for as long as they remain continuously employed by the Lycée. | Renews automatically for periods of three years unless notice of a non‑‑‑renewal is given pursuant to Section 8.5. Can be renewed indefinitely. |

8.5.   Contract Renewal. Non‑‑‑renewal or Modification

Before the close of the last business day of February, the Lycée shall give to each Employee in the final year of his or her contract a notification of the Lycée's intent to renew, not re‑‑‑new, or modify his or her current contract, or offer a new contract. The Employee shall accept the contract or modification by returning a signed copy to the Head of school by March 15 (to align with French detachment protocol) or the proposed contract shall be considered refused by the Employee and void.

8.5.1. Letter or Intent to Continue Relationship

Employees entering year two or three of a three‑‑‑year contract term will receive a letter of intent to continue relationship before the close of the last business day of February to be

returned duly signed on or before March 15.

### 8.5.2. Modifications to Current Contracts

The following modifications can be made to a current contract without changing any other condition except that which is modified.

#### 8.5.2.1. Change of Hours for Part---Time Employees

Add or subtract up to three hours to or from the weekly work---load included in the first Long Term contract of any part time Employee.

#### 8.5.2.2. Change of Class

Change the class or teaching assignment in whole or in part.

#### 8.5.2.3. Change of Job Description

Change in job description to a similar position for Non---teaching personnel.

#### 8.5.2.4. Class Closures

If a class is closed or service eliminated, class or service assignment changes will be discussed in the *"conseil des maitres"*. If no other similar class or service is available, the Administration can offer a Teacher an assignment in a different job classification with his or her same salary step and the salary category associated with that proposed job. In case of a dispute between two Teachers over the new assignment, the Teacher with greater seniority will be given priority over the Teacher with less total seniority at the Lycée.

#### 8.5.2.5. Priority given on reinstatement

When the closed classes or eliminated services are reinstated by the Lycée, the reassigned employed shall be offered the first priority to return to his/her last position with the same level of compensation and seniority

### 8.5.3. Automatic Renewal

If the Lycée does not give notification of non---renewal before the last business day of February to an Employee with a First Year Short Term contract or the third year of a Long Term contract, the contract shall automatically renew for one year or three years respectively.

### 8.5.4. Notice of Non---Renewal

A notice of non---renewal of Long Term contract must be preceded by at least one warning meeting with the Head of school at which the employee shall be given written notice of the reasons, documented through evaluations in case non---renewal is due to performance problems, which may result in the non---renewal of his or her contract or the notice of non---renewal shall be invalid, and a new or renewed Long Term contract shall be offered to the Employee.

### 8.5.5. Modifications

Any contract can also be modified pursuant to 8.5.2 during its term with the mutual agreement of the Lycée and the Employee.

## 8.6.   Performance   Evaluations

Employees are expected to demonstrate a high level of professional competence and to conduct themselves in every respect so as to convey the best possible image of the Lycée. These factors are considered in the Employee's evaluation. They are expected to perform all of the obligations and standard of care required of their function. During the term of this agreement the parties shall form a committee to review the current evaluation process.

### 8.6.1. First Year of Employment

In the first year of employment, a debriefing meeting is held by the employee's supervisor before the end of the first trimester and followed by regular individual or group meetings as needed until the end of the first year to ensure that faculty and staff members new to the school receive orientation and support sufficient for them to work efficiently and with confidence that they are carrying out the educational mission, policies, and procedures of the school. When necessary, goals for improvement are developed mutually by the employee and supervisor.

#### 8.6.1.1. Second Year

During the second year of employment, a formal evaluation will be conducted during the first trimester second evaluation followed by regular or group meetings as needed.

### 8.6.2. Support of Employees to Avoid Termination

If the future employment of an Employee with a Long Term contract or in the second year of a Short Term contract is in question, the supervisor devotes sufficient attention and resources to ensure that the situation is resolved or that the faculty member's departure from the school is handled with attention to due process and the dignity of the individual.

### 8.6.3. Rate of Formal Evaluations

All Teaching personnel with Long term contracts shall receive at least one formal evaluation every two years by the Head of school and/or the Employee's supervisor, and all Non--- teaching personnel should receive one formal evaluation every year by his or her supervisor.   The evaluation criteria may vary according to the Employee's function, and is to conform to  the evaluation sheets agreed to by the administration and the Association, but shall be   consistent with their job description. The Head of School and/or supervisor preparing the   evaluation shall meet with the Employee to discuss its findings and provide a written copy to   be signed by the Employee for the sole purpose of acknowledging receipt.

### 8.6.4. Inspections for French Civil Servants

Employees who are French civil servants are also subject to inspections by the French Ministry of National Education and are graded according to criteria established by the Ministry. They are required to respect the hierarchy in all of their dealings with this  Ministry, i.e. the Directors, the Deputy Head of School, the Head of school, the Cultural  Attaché to San Francisco, the Cultural Council for to the United States, the Agency for French   Education Abroad (AEFE), and the French Ministry of National Education.

### 8.6.5. Volunteer Peer Observation

Employees may request to have a volunteer peer observe the evaluation meeting.

### 8.7. Employee Files.

The Lycée shall maintain a file for each Employee containing all Employee evaluations and --- for French civil servants --- inspection reports or other evaluations prepared by the French Ministry of National Education prepared during the employee's tenure with the Lycée, as well as any other document that the Head of school deems relevant to the evaluation of the Employee

#### 8.7.1. Notification to Association of Adverse Actions

The Lycée shall notify the Employee, with a copy of such notification sent to the Association, within 10 business days of placing any item of an adverse nature into their file, or the document that was added or removed from the file cannot be used by the Lycée as a cause for non---renewal of a Long Term contract. The Employee can sign the document for the sole purpose of verifying that it has been brought to his or her attention.

#### 8.7.2. Right to Review File

The Employee at any mutually agreed upon time during normal business hours can review his or her entire file except those portions that may be excluded by law. Upon a 24h request, the Lycée shall provide to the Employee a photocopy of any element in the file, except those elements that may be excluded by law.

#### 8.7.3. Right to Annotate Documents

The Employee can annotate any document on a separate paper with his or her comments and these annotations shall be maintained with the file.

### 8.8. Termination or Suspension of Contract

#### 8.8.1. Right to Terminate

Upon the recommendation of the Head of school to the President of the Board of Directors, after consultation with the elected representatives of the personnel, the Lycée can terminate or suspend a current contract for reasons of serious professional misconduct or infringement of the law.

#### 8.8.2. Written Notice of Termination to Employee

The Head of school is to inform the employee of his or her termination or suspension by written notice, specifying the date on which it takes effect and the reasons, which motivated the decision. In the case of suspension, the notice will include measures required to re---instate the contract.

### 8.9. Arbitration in Case of Disputes.

In case of a dispute regarding the meaning, interpretation or application of the provisions contained in the employment contract and in this Charter, everything will be done to bring about an expeditious and amicable resolution.

#### 8.9.1. Recourse to Head of School

As a first step, the Head of school is in charge of resolving the dispute with the interested party, who can be accompanied by the representatives of the personnel and one other person of his/her choice, who is a member of the Lycee's personnel

### 8.9.2. Recourse to President

If this procedure is not successful, the President is to render a decision after having received the recommendation of an advisory committee composed of the Head of school, another member of the Board of Directors to be chosen by the President, the Employee and the representatives of the personnel. If the dispute persists, arbitration is mandatory pursuant to the rules of the "California State Mediation and Conciliation Service," whose jurisdiction will be exclusive and whose decision will be final.

**Article 9.    Annual Discussions**

### 9.1. Delegates for Personnel

The Personnel shall elect up to five delegates responsible for representing t h e m in the negotiation of any modification of the overall compensation for the following year.

### 9.2. Schedule for Negotiations

The negotiations are to take place according to a schedule jointly decided upon and which, to the fullest extent possible, should allow for an agreement to be reached before the Board of Directors renders a final decision by the end of February.

### 9.3. Meetings with Head of School

Regardless of these annual discussions, the representatives of the Employees and the delegates can request to meet with the Head of school during the school year to discuss any question relating to the personnel.

### 9.4. Designation of Representative when School is not is Session

In the spring of each year, each party will designate a representative to address personnel issues that may arise when school is not in session.

**Article 10.    Date of Application and Future Revisions**

### 10.1. Term

This charter is effective from September 1st, 2017 through August 31st, 2019, and shall automatically renew from year to year thereafter unless negotiations have been requested at least three (3) months prior to its expiration.  The parties agree to re-open negotiations during the 2017-2018 school year on Compensation for 2018-2019 (Article 5), the topic of Discipline, and up to two (2) additional topics of each party's choosing.

### 10.2. Revisions

The Charter may be revised, in the context of a bilateral agreement between the Association and the Board using the same delegate structure as section 9.1.

# APPENDIX 1: FACULTY SALARY SCALE

**GRILLE DES SALAIRES SALARY SCALE**

| Echelons France | Steps | Agrégés Certifiés Prof Ecoles PHD / MA | QE---PEGC Licence Instituteurs BA/BS | Assistants Techniciens | Assist Maternel. Teacher's Assistants |
|---|---|---|---|---|---|
| | | **Grille 1** | **Grille 2** | **Grille 3** | **Grille 4** |
| 1 | 1 | $53,853 | $51,299 | $49,475 | $45,526 |
| | 2 | $55,128 | $52,384 | $50,322 | $46,240 |
| 2 | 3 | $56,404 | $53,467 | $51,170 | $46,956 |
| | 4 | $57,680 | $54,552 | $52,239 | $47,670 |
| 3 | 5 | $58,958 | $55,636 | $53,308 | $48,384 |
| | 6 | $60,234 | $56,723 | $54,265 | $49,098 |
| 4 | 7 | $61,508 | $57,808 | $55,220 | $49,812 |
| | 8 | $62,785 | $58,892 | $56,178 | $50,524 |
| 5 | 9 | $64,060 | $59,976 | $57,134 | $51,238 |
| | 10 | $65,337 | $61,062 | $58,091 | $51,809 |
| 6 | 11 | $66,614 | $62,147 | $59,050 | $52,379 |
| | 12 | $67,887 | $63,232 | $60,004 | $53,092 |
| 7 | 13 | $69,163 | $64,317 | $60,960 | $53,806 |
| | 14 | $70,440 | $65,401 | $61,916 | $54,521 |
| 8 | 15 | $71,718 | $66,487 | $62,873 | $55,235 |
| | 16 | $72,569 | $67,209 | $63,513 | $55,711 |
| | 17 | $73,421 | $67,932 | $64,150 | $56,187 |
| 9 | 18 | $74,272 | $68,655 | $64,790 | $56,661 |
| | 19 | $75,121 | $69,379 | $65,428 | $57,131 |
| | 20 | $75,971 | $70,104 | $66,066 | $57,599 |
| 10 | 21 | $76,821 | $70,828 | $66,705 | $58,068 |
| | 22 | $77,672 | $71,550 | $67,344 | $58,545 |
| | 23 | $78,523 | $72,272 | $67,982 | $59,020 |
| 11 | 24 | $79,375 | $72,993 | $68,620 | $59,497 |
| | 25 | $80,068 | $73,687 | $69,313 | $60,191 |
| | 26 | $80,760 | $74,381 | $70,004 | $60,884 |
| 12 | 27 | $81,451 | $75,073 | $70,698 | $61,575 |
| | 28 | $82,049 | $75,675 | $71,303 | $62,134 |
| | 29 | $82,647 | $76,275 | $71,911 | $62,690 |
| 13 | 30 | $83,245 | $76,876 | $72,516 | $63,248 |
| | 31 | $83,800 | $77,440 | $73,091 | $63,778 |
| | 32 | $84,354 | $78,004 | $73,664 | $64,310 |
| 14 | 33 | $84,911 | $78,568 | $74,239 | $64,841 |
| PRIME D'ANCIENNETE/SENIORITY ADVANCEMENT: $1,500 | | | | | |

# APPENDIX 1: ADMINISTRATIVE SALARY SCALE

**GRILLE DES SALAIRES ADMINISTRATIVE**

**ADMINISTRATIVE SALARY SCALE**

| Echelons France | Steps | Agrégés Certifiés Prof Ecoles PHD / MA | QE---PEGC Licence Instituteurs BA/BS | Assistants Techniciens | Assist Maternel. Teacher's Assistants |
|---|---|---|---|---|---|
| | | **Grille 1** | **Grille 2** | **Grille 3** | **Grille 4** |
| 1 | 1 | $53,853 | $51,299 | $49,475 | $45,526 |
| | 2 | $55,128 | $52,384 | $50,322 | $46,240 |
| 2 | 3 | $56,404 | $53,467 | $51,170 | $46,956 |
| | 4 | $57,680 | $54,552 | $52,239 | $47,670 |
| 3 | 5 | $58,958 | $55,636 | $53,308 | $48,384 |
| | 6 | $60,234 | $56,723 | $54,265 | $49,098 |
| 4 | 7 | $61,508 | $57,808 | $55,220 | $49,812 |
| | 8 | $62,785 | $58,892 | $56,178 | $50,524 |
| 5 | 9 | $64,060 | $59,976 | $57,134 | $51,238 |
| | 10 | $65,337 | $61,062 | $58,091 | $51,809 |
| 6 | 11 | $66,614 | $62,147 | $59,050 | $52,379 |
| | 12 | $67,887 | $63,232 | $60,004 | $53,092 |
| 7 | 13 | $69,163 | $64,317 | $60,960 | $53,806 |
| | 14 | $70,440 | $65,401 | $61,916 | $54,521 |
| 8 | 15 | $71,718 | $66,487 | $62,873 | $55,235 |
| | 16 | $72,569 | $67,209 | $63,513 | $55,711 |
| | 17 | $73,421 | $67,932 | $64,150 | $56,187 |
| 9 | 18 | $74,272 | $68,655 | $64,790 | $56,661 |
| | 19 | $75,121 | $69,379 | $65,428 | $57,131 |
| | 20 | $75,971 | $70,104 | $66,066 | $57,599 |
| 10 | 21 | $76,821 | $70,828 | $66,705 | $58,068 |
| | 22 | $77,672 | $71,550 | $67,344 | $58,545 |
| | 23 | $78,523 | $72,272 | $67,982 | $59,020 |
| 11 | 24 | $79,375 | $72,993 | $68,620 | $59,497 |
| | 25 | $80,068 | $73,687 | $69,313 | $60,191 |
| | 26 | $80,760 | $74,381 | $70,004 | $60,884 |
| 12 | 27 | $81,451 | $75,073 | $70,698 | $61,575 |
| | 28 | $82,049 | $75,675 | $71,303 | $62,134 |
| | 29 | $82,647 | $76,275 | $71,911 | $62,690 |
| 13 | 30 | $83,245 | $76,876 | $72,516 | $63,248 |
| | 31 | $83,800 | $77,440 | $73,091 | $63,778 |
| | 32 | $84,354 | $78,004 | $73,664 | $64,310 |
| 14 | 33 | $84,911 | $78,568 | $74,239 | $64,841 |
| PRIME D'ANCIENNETE/SENIORITY ADVANCEMENT: $1,500 | | | | | |

# APPENDIX 2: SCHEDULE OF RATES FOR EXTRA ACTIVITIES

SCHEDULE OF RATES FOR EXTRA ACTIVITIES

|  | CURRENT RATE |
|---|---|
| ASHBURY PICK UP & DROP OFF | 14 |
| MORNING DAYCARE (30 MIN. SESSION) | 21 |
| AFTERNOON DAYCARE (30 MIN. SESSION) | 21 |
| STULDY HALL (45 MIN.) | 42 |
| EXTRA CURRICULUM ACTIVITIES | 52 |
| AES SOCCER ADMINISTRATION | 26 |
| SOCCER COACHING | 37 |
| AES ASSISTANT | 21 |
| STUDENT CAMP & AES HELPER | 13 |
| CAMP DIRECTOR | 52 |
| CAMPS EXPERT---ASSISTANT | 37 |
| ORAL MOCK EXAMS | 52 |
| SATURDAY MOCK EXAMS MONITOR | 26 |
| SECONDARY SCHOOL MONITOR (60 min) | 21 |
| PRIMARY SCHOOL MONITOR | 21 |
| PRIMARY SCHOOL SUBSTITUTE | 42 |
| TEACHING ASSISTANT SUBSTITUTE | 21 |
| SECONDARY SCHOOL SUBSTITUTE | 52 |
| NEW APPLICANT EVALUATION (60 min) | 52 |

APPENDIX 3: SCHEDULE OF RATES FOR OVERNIGHT FIELD TRIP BONUSES

**SCHEDULE OF RATES FOR
OVERNIGHT FIELD TRIP BONUSES**

| ACTIVITY | BONUS |
|---|---|
| Primary organizer of an overnight field trip | $125 per night |
| Chaperon of an overnight field trip | $75 per night |

## APPENDIX 4: SIDELETTER – HIRING COMMITTEE

A hiring committee shall be comprised of the Head of School, either Primary School Director or Deputy Head of School, and up to two staff employees appointed by the Union based on their subject matter expertise in relation to the specific position.  The hiring committee will be responsible for screening each application and for ranking the candidates solely with respect to positions falling within the Charter.  The Head of School or designee is responsible for conducting interviews and making final decisions regarding hiring.

# APPENDIX 5: SIDELETTER – COMPENSATION

If school enrollment has reached a total of one thousand (1,000) students as calculated on either September 1, 2017 or November 15, 2017, all employees will receive an additional one-time bonus equal to 0.5% of annual salary to be paid prior to December 31, 2017.

The provisions of the agreement have been approved by the respective parties.

For the LFSF

_June 7, 2017_
Date

Erick Moreau, Board President                    Philippe Legendre, Head of School

For the AFT/Association

_June 1, 2017_
Date

Valerie Nederovique, Association President       Zev Kvitky, CFT Field Representative

**PROOF OF SERVICE**

CASE NAME:    **Saby v. Lycée Francais de San Francisco**

CASE NO.:    **CGC-22-601232**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 1545 River Park Drive, Suite 204, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **DECLARATION OF CLORIS HENRY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)**

X    United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

Attorneys for Plaintiff:
Daniel J. Cravens, Esq.
Cravens & Associates
789 East Wood Duck Circle
Fresno, CA 93730
(559) 421-9380
FAX (855) 273-3797
E-mail: dcravens@CravensAssociates.com

X    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 21, 2022 at Sacramento, California.

_____
MONICA SOTELO

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

DECLARATION OF CLORIS HENRY IN SUPPORT OF NOTICE OF
REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) [FEDERAL QUESTION]