UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANNY SABY,<br><br>    Plaintiff,<br><br> v.<br><br>LYCEE FRANCAIS DE SAN FRANCISCO,<br><br>    Defendant. | Case No. 3:22-cv-05385-JSC<br><br>**ORDER DISMISSING CASE** |

By Order filed May 16, 2023, the Court granted Defendant's motion to compel arbitration and stayed the case pending resolution of the arbitration. (Dkt. No. 31.) The Court also directed Defendant to provide a written update on the arbitration's status by May 17, 2024. Defendant did so, and reported as of May 17, 2024, Plaintiff had not initiated arbitration and recent attempts to contact Plaintiff's counsel had been unsuccessful as the phone number of record for Plaintiff's counsel was disconnected. (Dkt. No. 32.)

On May 21, 2024, the Court ordered Plaintiff to show cause why this action should not be dismissed without prejudice due to Plaintiff's failure to prosecute the action, *see* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) (holding "a District Court may dismiss a complaint for failure to prosecute" based on the court's own inherent authority), and ordered Plaintiff to respond by May 31, 2024. (Dkt. No. 33.) Plaintiff has not responded. Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

//

//

//

//

**IT IS SO ORDERED.**

Dated: June 3, 2024

JACQUELINE SCOTT CORLEY
United States District Judge